PEB/AET: USAO 2021R00303
JTM 04.09.22

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENNIS ALLEN HAIRSTON,<br>DONTE DAVON STANLEY,<br>DAVONNE TRAMONT DORSEY, and<br>FRANKLIN JAY SMITH<br><br>Defendants. | CRIMINAL NO. GLR-22-140<br><br>(Kidnapping Conspiracy,<br>18 U.S.C. § 1201(c); Conspiracy to<br>Affect Commerce by Robbery, 18<br>U.S.C. § 1951(a); Kidnapping, 18<br>U.S.C. § 1201; Carjacking, 18 U.S.C. §<br>2119; Affecting Commerce by<br>Robbery, 18 U.S.C. § 1951(a); Use,<br>Carry, and Brandish a Firearm During<br>and in Relation to a Crime of Violence,<br>18 U.S.C. § 924(c); Aiding & Abetting,<br>18 U.S.C. § 2; Forfeiture, 18 U.S.C.<br>§ 924(d), 18 U.S.C. § 981(a)(1)(C), 18<br>U.S.C. § 982(a), 21 U.S.C. § 853(p), 28<br>U.S.C. § 2461(c)) |

USDC- BALTIMORE
'22 APR 14 PM 4:11

## COUNT ONE
### (Kidnapping Conspiracy)

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times material to the Indictment:

1. Check Cash Depot, located at 4127 Patterson Avenue, Baltimore, Maryland, was a financial services provider that provides check cashing, money transfers, bill payments, and money orders, and as such is a business which affects interstate commerce. Victim A.T. was an employee of Check Cash Depot.

2. Ace Cash Express, located at 9920 York Road, Cockeysville, Maryland and headquartered in Irving, Texas, was a financial services provider that provides check cashing, debit card services, money transfers, bill payments, and money orders, and as such is a business which affects interstate commerce. Victim A.K. was an employee of Ace Cash Express.

## THE CHARGE

3. From in or about May 3, 2021 and continuing through to on or about August 26, 2021, in the District of Maryland, the defendants,

**DENNIS ALLEN HAIRSTON,
DONTE DAVON STANLEY,
DAVONNE TRAMONT DORSEY, and
FRANKLIN JAY SMITH,**

with each other and others known and unknown to the grand jury, did knowingly and unlawfully combine, conspire, and agree to violate 18 U.S.C. §1201(a)(1), specifically to seize, confine, kidnap, abduct, and carry away a person for a reason which was of benefit to the defendants and, while so holding such person, to use any means, facility, and instrumentality of interstate and foreign commerce to commit and in furtherance of the commission of the offense, in violation of 18 U.S.C. § 1201(a).

## MANNER AND MEANS OF THE CONSPIRACY

4. Among the manner and means used by the defendants to achieve the objects of the conspiracy, were the following:

    a. It was part of the conspiracy that the defendants and others planned and organized the kidnapping and carjacking of Victim A.T. with the goal of robbing the Check Cash Depot of United States currency and other items of value.

    b. It was part of the conspiracy that the defendants and others planned and organized the kidnapping and carjacking of Victim J.H. with the goal of robbing Victim J.H. of United States currency and other items of value.

    c. It was part of the conspiracy that the defendants and others planned and organized the kidnapping of Victim A.K. with the goal of robbing the Ace Cash Express of United States currency and other items of value.

2

d. It was part of the conspiracy that the defendants and others used facilities and instrumentalities of interstate commerce, including vehicles and cell phones.

e. It was part of the conspiracy that the defendants and others kidnapped A.T., J.H., and A.K. through the use and threat of physical force.

d. It was part of the conspiracy that the defendants and others who perpetrated the kidnappings used, carried, and brandished firearms and a blow torch during and in relation to the kidnappings.

f. It was further a part of the conspiracy that the defendants used police vests, police badges, a law enforcement-type light bar, and other equipment and attire to impersonate police officers in order to stop the victims' and their vehicles, and kidnap the victims.

g. It was further part of the conspiracy that the defendants bound, blindfolded, and transported Victim A.T., burned Victim A.T. with a blowtorch, and demanded information to enter Check Cash Depot to obtain United States currency and other items of value.

h. It was further part of the conspiracy that the defendants bound, blindfolded, and transported Victim J.H., burned Victim J.H. with a blowtorch, and demanded United States currency and other items of value.

i. It was further part of the conspiracy that the defendants bound, blindfolded, and transported victim A.K., brandished a blowtorch to A.K., and demanded information to enter Ace Cash Express to obtain United States currency and other items of value.

j. It was further a part of the conspiracy that during the kidnappings, carjackings, and robberies, the defendants wore masks and gloves to conceal their identities.

k. It was further a part of the conspiracy that the defendants used mobile phones to communicate with each other throughout the kidnappings, carjackings, and robberies.

## OVERT ACTS

5. During and in furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Maryland and elsewhere from May 5, 2021 to May 6, 2021:

a. **DENNIS ALLEN HAIRSTON, DONTE DAVON STANLEY, DAVONNE TRAMONT DORSEY, FRANKLIN JAY SMITH,** and others followed Victim A.T. from Check Cash Depot and used a law enforcement-type light bar in their vehicle to pull over Victim A.T.

b. **DENNIS ALLEN HAIRSTON, DONTE DAVON STANLEY, DAVONNE TRAMONT DORSEY, FRANKLIN JAY SMITH,** and others, wearing police vests and badges, brandished firearms to remove Victim A.T. from her vehicle, handcuffed her, placed her into the rear of one of their vehicles, blindfolded her, and stole her vehicle.

c. **DENNIS ALLEN HAIRSTON, DONTE DAVON STANLEY, DAVONNE TRAMONT DORSEY, FRANKLIN JAY SMITH,** and others drove Victim A.T. in one vehicle while they followed in Victim A.T.'s vehicle.

d. While driving with Victim A.T., **DENNIS ALLEN HAIRSTON, DONTE DAVON STANLEY, DAVONNE TRAMONT DORSEY, FRANKLIN JAY SMITH,** and others used a blow torch to assault Victim A.T. for the purpose of obtaining access to Check Cash Depot, with the intent to remove all of the United States currency.

6. During and in furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Maryland and elsewhere from May 15, 2021 to May 16, 2021:

a. **DENNIS ALLEN HAIRSTON, DONTE DAVON STANLEY, DAVONNE TRAMONT DORSEY,** and others approached Victim J.H. in his vehicle in Edgewood, Maryland, and used a law enforcement-type light bar to pull over Victim J.H.

b. **DENNIS ALLEN HAIRSTON, DONTE DAVON STANLEY, DAVONNE TRAMONT DORSEY,** and others, wearing police vests and badges, brandished firearms to kidnap Victim J.H., placed him into the rear of one of their vehicles, duct-taped his eyes and mouth, and stole his vehicle.

c. **DENNIS ALLEN HAIRSTON, DONTE DAVON STANLEY, DAVONNE TRAMONT DORSEY, FRANKLIN JAY SMITH,** and others drove Victim J.H. in one vehicle while they followed in J.H.'s vehicle.

d. While driving with Victim J.H., **DENNIS ALLEN HAIRSTON, DONTE DAVON STANLEY, DAVONNE TRAMONT DORSEY, FRANKLIN JAY SMITH,** and others used a blow torch to assault Victim J.H. for the purpose of obtaining United States currency and other items of value.

7. During and in furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Maryland and elsewhere from August 2, 2021 to August 3, 2021:

a. **DENNIS ALLEN HAIRSTON, DONTE DAVON STANLEY, DAVONNE TRAMONT DORSEY,** and others approached Victim A.K. as she left Ace Cash Express.

b. **DENNIS ALLEN HAIRSTON, DONTE DAVON STANLEY, DAVONNE TRAMONT DORSEY,** and others, wearing police vests and badges, brandished firearms to kidnap Victim A.K. and placed her into the rear of one of their vehicles equipped with law enforcement-type lights, and blindfolded her.

c. While driving with Victim A.K., **DENNIS ALLEN HAIRSTON, DONTE DAVON STANLEY, DAVONNE TRAMONT DORSEY,** and others used the firearms to

5

threaten Victim A.K. for the purpose of obtaining access to Ace Cash Express, with the intent to remove all of the United States currency.

18 U.S.C. § 1201(c)

## COUNT TWO
### (Conspiracy to Affect Commerce by Robbery)

The Grand Jury for the District of Maryland further charges:

1. The allegations of Count One, Paragraphs 1-2 are incorporated by reference as though fully set forth here.

2. From on or about May 3, 2021 and continuing through to on or about August 26, 2021, in the District of Maryland, the defendants,

**DENNIS ALLEN HAIRSTON,
DONTE DAVON STANLEY,
DAVONNE TRAMONT DORSEY, and
FRANKLIN JAY SMITH,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly and intentionally obstruct, delay, and affect commerce, and the movement of an article and commodity in commerce by robbery, as detailed below.

18 U.S.C. § 1951(a)

## COUNT THREE
## (Kidnapping)

The Grand Jury for the District of Maryland further charges:

1. The allegations of Count One, Paragraphs 1-2 and 4-7 are incorporated by reference as though fully set forth here.

2. From on or about May 5, 2021 through on or about May 6, 2021, in the District of Maryland, the defendants,

**DENNIS ALLEN HAIRSTON,
DONTE DAVON STANLEY,
DAVONNE TRAMONT DORSEY, and
FRANKLIN JAY SMITH,**

did unlawfully, willfully, and knowingly, seize, confine, inveigle, decoy, kidnap, abduct, and carry away a person, specifically A.T., and hold her for a reason which was of benefit to the defendants, and did use any means, facility, and instrumentality of interstate and foreign commerce to commit and in furtherance of the commission of the offense.

18 U.S.C. § 1201(a)
18 U.S.C. § 2

## COUNT FOUR
## (Carjacking)

The Grand Jury for the District of Maryland further charges:

1. The allegations of Count One, Paragraphs 1-2 and 4-7 are incorporated by reference as though fully set forth here.

2. On or about May 5, 2021, in the District of Maryland, the defendants,

**DENNIS ALLEN HAIRSTON,
DONTE DAVON STANLEY,
DAVONNE TRAMONT DORSEY, and
FRANKLIN JAY SMITH,**

did by force, violence, and intimidation, and with the intent to cause serious bodily harm, take from the person and in the presence of another a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, namely a 2018 Jeep Compass bearing Maryland license number 7EK9562 from victim A.T.

18 U.S.C. § 2119
18 U.S.C. § 2

## COUNT FIVE
### (Affecting Commerce by Robbery)

The Grand Jury for the District of Maryland further charges:

1. The allegations of Count One, Paragraphs 1-2 and 4-7 are incorporated by reference as though fully set forth here.

2. From on or about May 5, 2021 through on or about May 6, 2021, in the District of Maryland, the defendants,

**DENNIS ALLEN HAIRSTON,**
**DONTE DAVON STANLEY,**
**DAVONNE TRAMONT DORSEY, and**
**FRANKLIN JAY SMITH,**

did knowingly and intentionally obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce, as that term commerce is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18 U.S.C. §1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, that is, the keys to the Check Cash Depot from victim A.T.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

# COUNT SIX
## (Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges:

1. The allegations of Count One, Paragraphs 1-2 and 4-7 are incorporated by reference as though fully set forth here.

2. On or about May 5, 2021, in the District of Maryland, the defendants,

**DENNIS ALLEN HAIRSTON,
DONTE DAVON STANLEY,
DAVONNE TRAMONT DORSEY, and
FRANKLIN JAY SMITH,**

did knowingly possess and brandish a firearm in furtherance of, and did use, carry, and brandish a firearm during and in relation to, a crime of violence for which they may be prosecuted in a court of the United States, to wit: Carjacking, in violation of 18 U.S.C. § 2119(1), as set forth in Count Four of this Indictment, and Affecting Commerce by Robbery, in violation of 18 U.S.C. § 1951(a), as set forth in Count Five of this Indictment; which are all incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)(i) and (ii)
18 U.S.C. § 2

## COUNT SEVEN
### (Kidnapping)

The Grand Jury for the District of Maryland further charges:

1. The allegations of Count One, Paragraphs 1-2 and 4-7 are incorporated by reference as though fully set forth here.

2. From on or about May 15, 2021 through on or about May 16, 2021, in the District of Maryland, the defendants,

**DENNIS ALLEN HAIRSTON,
DONTE DAVON STANLEY,
DAVONNE TRAMONT DORSEY, and
FRANKLIN JAY SMITH,**

did unlawfully, willfully, and knowingly, seize, confine, inveigle, decoy, kidnap, abduct, and carry away a person, that is victim J.H., and hold him for a reason which was of benefit to the defendants, and did use any means, facility, and instrumentality of interstate and foreign commerce to commit and in furtherance of the commission of the offense.

18 U.S.C. § 1201(a)
18 U.S.C. § 2

## COUNT EIGHT
### (Carjacking)

The Grand Jury for the District of Maryland further charges:

1. The allegations of Count One, Paragraphs 1-2 and 4-7 are incorporated by reference as though fully set forth here.

2. From on or about May 15, 2021 through on or about May 16, 2021, in the District of Maryland, the defendants,

**DENNIS ALLEN HAIRSTON,
DONTE DAVON STANLEY,
DAVONNE TRAMONT DORSEY, and
FRANKLIN JAY SMITH,**

did by force, violence, and intimidation, and with the intent to cause serious bodily harm, take from the person and in the presence of another a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, namely a 2022 Toyota Camry bearing Maryland license number 8BH9753 from victim J.H.

18 U.S.C. § 2119(1)
18 U.S.C. § 2

## COUNT NINE
## (Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges:

1. The allegations of Count One, Paragraphs 1-2 and 4-7 are incorporated by reference as though fully set forth here.

2. From on or about May 15, 2021, through on or about May 16, 2021, in the District of Maryland, the defendants,

**DENNIS ALLEN HAIRSTON,**
**DONTE DAVON STANLEY,**
**DAVONNE TRAMONT DORSEY, and**
**FRANKLIN JAY SMITH,**

did knowingly possess and brandish a firearm in furtherance of, and did use, carry, and brandish a firearm during and in relation to, a crime of violence for which they may be prosecuted in a court of the United States, to wit: Carjacking, in violation of 18 U.S.C. § 2119(1), as set forth in Count Eight of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)(i) and (ii)
18 U.S.C. § 2

## COUNT TEN
### (Kidnapping)

The Grand Jury for the District of Maryland further charges:

1. The allegations of Count One, Paragraphs 1-2 and 4-7 are incorporated by reference as though fully set forth here.

2. On or about August 2, 2021, in the District of Maryland, the defendants,

**DENNIS ALLEN HAIRSTON,
DONTE DAVON STANLEY, and
DAVONNE TRAMONT DORSEY,**

did unlawfully, willfully, and knowingly, seize, confine, inveigle, decoy, kidnap, abduct, and carry away a person, that is victim A.K., and hold her for a reason which was of benefit to the defendants, and did use any means, facility, and instrumentality of interstate and foreign commerce to commit and in furtherance of the commission of the offense.

18 U.S.C. § 1201(a)
18 U.S.C. § 2

## COUNT ELEVEN
### (Affecting Commerce by Robbery)

The Grand Jury for the District of Maryland further charges:

1. The allegations of Count One, Paragraphs 1-2 and 4-7 are incorporated by reference as though fully set forth here.

2. From on or about August 2, 2021 through on or about August 3, 2021, in the District of Maryland, the defendants,

**DENNIS ALLEN HAIRSTON,
DONTE DAVON STANLEY, and
DAVONNE TRAMONT DORSEY,**

did knowingly and intentionally obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce, as that term commerce is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18 U.S.C. §1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, that is the keys to the Ace Cash Express.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT TWELVE
### (Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges:

1. The allegations of Count One, Paragraphs 1-2 and 4-7 are incorporated by reference as though fully set forth here.

2. From on or about August 2, 2021 through on or about August 3, 2021, in the District of Maryland, the defendants,

**DENNIS ALLEN HAIRSTON,
DONTE DAVON STANLEY, and
DAVONNE TRAMONT DORSEY,**

did knowingly possess and brandish a firearm in furtherance of, and did use, carry, and brandish a firearm during and in relation to, a crime of violence for which they may be prosecuted in a court of the United States, to wit: Affecting Commerce by Robbery, in violation of 18 U.S.C. § 1951(a), as set forth in Count Eleven of this Indictment which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)(i) and (ii)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d), 981(a)(1)(C) and 982(a)(5), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of a defendant's conviction on any of the offenses charged in Counts One through Twelve of this Indictment.

### Kidnapping and Robbery Forfeiture

2. Upon conviction of any of the offenses set forth in Counts One, Two, Three, Five, Seven, Ten, or Eleven of this Indictment, the defendants,

**DENNIS ALLEN HAIRSTON,
DONTE DAVON STANLEY,
DAVONNE TRAMONT DORSEY, and
FRANKLIN SMITH**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses of conviction.

### Firearms Forfeiture

3. Upon conviction of any of the offenses set forth in Counts Six, Nine, or Twelve of this Indictment, the defendants,

**DENNIS ALLEN HAIRSTON,
DONTE DAVON STANLEY,
DAVONNE TRAMONT DORSEY, and
FRANKLIN SMITH**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in the offenses of conviction.

### Carjacking Forfeiture

4.  Upon conviction of any of the offenses set forth in Counts Four or Eight of this Indictment, the defendants,

**DENNIS ALLEN HAIRSTON,
DONTE DAVON STANLEY,
DAVONNE TRAMONT DORSEY, and
FRANKLIN JAY SMITH,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(5), any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of the offenses of conviction.

### Substitute Assets

5. If any of the property described above, as a result of any act or omission of the defendants:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third party;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. §§ 924(d), 981(a)(1)(C), 982(a)(5)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_Erek L. Barron_ (signature)
Erek L. Barron
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Date: April 14, 2022