IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENNIS ALLEN HAIRSTON | CASE NO:  BAH-22-140 |

## CONSENT MOTION TO CONTINUE SENTENCING

The United States of America moves this Court for an Order concerning the sentencing date for Defendant Dennis Allen Hairston ("Hairston").  The parties also jointly request that the sentencing be scheduled for **November 7, 2024**.  In support of this motion, the government states as follows:

1. On June 5, 2024, a jury convicted Hairston of multiple counts of the Indictment. The Court issued a sentencing order on the same date with a sentencing date of "TBD."  ECF 238. The order required the Probation Officer to submit the initial draft presentence report by July 15, 2024.  On June 20, 2024, and amended sentencing order set the sentencing date for September 13, 2024, with the same deadline for the draft presentence report.   ECF 239.

2. On July 9, 2024, the government provided the probation officer with the government's version of the facts proven at trial and guidelines calculation.  The government has consulted with the probation officer who has requested additional time to complete the initial report.  After consulting with the defense and chambers, a new sentencing date of **November 7, 2024, at 10 AM** was selected.

3. Counsel for the defendants, Andrew Szekely and Sasha Garcon, consent to the continuing of the sentencing date to **November 7, 2024, at 10:00 AM**.

Wherefore, the government respectfully requests that this Court enter an amended sentencing order reflecting the new date, **November 7, 2024, at 10:00 AM**.

2

A proposed Order is attached for the Court's consideration.

                                Respectfully submitted,

                                Erek L. Barron
                                United States Attorney

By: _____
                                Paul E. Budlow
                                Spencer L. Todd
                                Assistant United States Attorneys