IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| **UNITED STATES** | : | |
| :--- | :--- | :--- |
| | : | |
| | : | |
| **v.** | : | **Case No. BAH-22-0140** |
| | : | |
| **DENNIS HAIRSTON** | : | |
| | : | |
| **Defendant** | : | |

**MOTION FOR LEAVE TO FILE SEALED MATERIALS**

Comes now Dennis Hairston, the Defendant, by and through Andrew R. Szekely and Sasha Garcon, Assistant Federal Public Defenders, and hereby moves to seal his August 12, 2024, letter to the Court. The letter refers to court personnel matters is and appropriately filed under seal.

Wherefore, Mr. Hairston requests that his letter be placed under seal.

Respectfully submitted,

James Wyda
Federal Public Defender
  for the District of Maryland

\_\_\_/s/_____
Andrew R. Szekely (#16407)
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax:  (410) 962-3976
Email: andrew_szekely@fd.org

1