**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-3976
EMAIL: Andrew_Szekely@fd.org

JAMES WYDA
FEDERAL PUBLIC DEFENDER

ANDREW SZEKELY
SUPERVISORY ASSISTANT FEDERAL PUBLIC DEFENDER

January 7, 2025

The Honorable Brendan A. Hurson
United States District Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201
Via CM/ECF

Re:   *United States v. Dennis Hairston, et al.*, BAH-22-0140

Dear Judge Hurson:

We write regarding the post-verdict matter the Court brought to the parties' attention. The parties have met and conferred and believe the issue is ripe for addressing. We therefore ask the Court to convene a status call to discuss the next steps in the case.

We have discussed this matter with counsel for Donte Stanley and the government. On behalf of Mr. Stanley, Mr. Proctor joins in this request. Likewise, Mr. Budlow joins this request for the government.

We thank the Court for its attention to this matter.

Sincerely,

/s/

Andrew Szekely
Sasha Garcon
Assistant Federal Public Defenders