✓ ___ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

1:39 pm, Feb 25 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____KMT____ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**           *

v-                                      *     Criminal No – BAH-22-140

**DENNIS HAIRSTON, et. al**             *

\* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S EXHIBIT LIST

| Exhibit Number | Description | Identified | Admitted |
|---|---|---|---|
| A | June 28, 2024 letter to Judge Hurson | 2/25/25 | 2/25/25 |
| B | May 15, 2024 transcript excerpt | 2/25/25 | 2/25/25 |
| C | May 16, 2024 transcript excerpt | 2/25/25 | 2/25/25 |
| D | May 20, 2024 transcript excerpt | 2/25/25 | 2/25/25 |
| E | 302 of February 13, 2025 Interview | | |
| F | 302 of February 20, 2025 Interview | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

1