```
 1                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
 2                         NORTHERN DIVISION

 3

 4    UNITED STATES OF AMERICA,    )
                                   )
 5           vs.                   )   CRIMINAL CASE NO. BAH-22-0140
                                   )
 6    DENNIS ALLEN HAIRSTON and    )
      DONTE DAVON STANLEY          )
 7

 8                        THURSDAY, MAY 30, 2024
                              Courtroom 3A
 9                         Baltimore, Maryland

10             JURY TRIAL EXCERPT - REBUTTAL CLOSE

11        BEFORE:  THE HONORABLE BRENDAN A. HURSON, Judge

12    On Behalf of the United States:

13        Paul Budlow, Esquire
          Spencer Todd, Esquire
14        Office of the United States Attorney
          36 S. Charles Street, 4th Floor
15        Baltimore, MD 21201

16    On Behalf of the Defendants:

17        Sasha Garcon, Esquire
          Andrew Szekely, Esquire
18        Office of the Federal Public Defender
          100 S Charles Street, # 900
19        Baltimore, MD 21201

20        Gary E. Proctor, Esquire
          Jennifer E. Smith, Esquire
21        233 E. Redwood Street, Suite 1000C
          Baltimore, MD 21202
22    _____
                (Computer-aided Transcript of Stenotype Notes.)
23
                Reported by:  Kassandra L. McPherson, RPR
24               Federal Official Court Reporter
                  101 W. Lombard Street, 4th Floor
25                     Baltimore, MD 21201
                          (410) 962-4544
```

```
 1        (Requested portion of transcript begins.)

 2              MR. BUDLOW:  Thank you.  I just need a minute to get

 3   --

 4              THE COURT:  All right.  I was trying to stall for you

 5   a little bit there.

 6              MR. BUDLOW:  I didn't want to walk through.

 7              THE COURT:  Yeah.  I was like the opening act.  Okay,

 8   take your time.

 9              MR. BUDLOW:  For a minute there I thought Mr. Szekely

10   was going to refuse to give his opening -- his closing argument,

11   but he didn't.

12        Good afternoon.  Less organized with my papers even than

13   usual.

14              THE CLERK:  Is your mic on?

15              MR. BUDLOW:  Sorry?

16              THE CLERK:  Is your mic on?

17              MR. BUDLOW:  I don't have a mic, and I'll be happy to

18   put one on if you'd like me to.

19              THE COURT:  We've got mics galore.

20              MR. BUDLOW:  How's that?  Enough?

21        Well, ladies and gentlemen, it never fails, right.  When

22   all of the evidence in a case, all of it points squarely at the

23   defendant or defendants, they point the finger at everyone else

24   in the courtroom; Franklin Smith, Shane Bazemore, Special Agent

25   Tang, the entire FBI, Quantico, the U.S. Attorney's office, the
```

1   Government, nobody escapes the empty finger pointing of a

2   cornered defendant.  That's what we're talking about in this

3   case.

4        Take, for example, the defense argument -- and I will get

5   to their attack on the investigation and their attack on Agent

6   Tang in a minute.  But let's take, as an example, their

7   argument, well, there's no eyewitnesses, it's all circumstantial

8   evidence, it's all coincidences.  That's essentially what

9   they're saying to you.  But, ladies and gentlemen, you know when

10  someone makes a plan and they decide to wear a mask, to dress as

11  police, to get TracFones without subscriber information, to do

12  dastardly acts in the middle of the night, to mask their victims

13  so they can't see them, to hide evidence, to tell people not to

14  talk to the police, to tell people not to testify, to destroy

15  evidence, to move a bag.  You know when they do that, their

16  plan, they think they can just come in here and say well, nobody

17  saw me do it so you must acquit me.  Ladies and gentlemen, it is

18  not that easy.  And when you come back in here, after you

19  deliberate using your common sense and tell the defendants that

20  they're guilty of every crime charged, you're going to be

21  telling them it's not that easy.

22       This is what you were told by Mr. Szekely.  Mr. Hairston

23  provided frank and credible testimony.  If I wrote it down right

24  that's what he said; frank and credible testimony.  Yet, he

25  didn't answer any of the questions that defense put to him.  He

1    told you a narrative, a story.  He had something he wanted to

2    say.  It had -- much of it had nothing to do with this case. You

3    learned about his upbringing, and his grandmother, and who he

4    cares for, and where his father is and who is his father is.

5    And none of which were responsive to the questions, but he wants

6    you to say, well, it was frank and credible you should believe

7    everything he says.

8         Okay.  Well, let's see what happens when he's asked

9    questions just about the evidence; about some of the things that

10   he said on direct examination.  Let's see what happens when he's

11   challenged to actually answer questions about the evidence in

12   this case.  And what did Mr. Hairston do?  He refused to answer

13   any questions.  Not some of the questions, not selectively.  He

14   said I'm not answering any questions.  And as Judge Hurson told

15   you, you can make whatever use of that conduct that you want.

16   You don't need to; you could disregard it.

17        The evidence in this case is overwhelming against

18   Mr. Hairston and Mr. Stanley, but you can consider it.  And so

19   what was that all about?  He was covering up his own guilt.

20   Truthful answers would have incriminated him.  And you can make

21   that finding.  He refused to answer questions.  He got on the

22   stand with a plan to give that ridiculous, non-responsive,

23   self-serving stuff and not answer questions because he knew the

24   truth would incriminate him.  That's the obvious conclusion for

25   Dennis Hairston's conduct in this courtroom yesterday.

```
 1        You heard that the Government didn't ask the right
 2   questions, the Government didn't call the right witnesses, the
 3   Government didn't ask the right questions of the right
 4   witnesses.  You heard towards the end of Mr. Stanley's closing
 5   argument what I would say was a direct implication that Special
 6   Agent Tang lied to you when he said he didn't come across those
 7   text messages from Boosie and Go Hard.  He lied to you about the
 8   chronology of when the investigation learned the name Boosie and
 9   Go Hard for the first time, and that he lied to you about his
10   efforts to determine who Boosie and Go Hard were and when they
11   finally identified them.
12        Now they didn't say that because it's ridiculous.  And so
13   to say something like that out loud, they maybe were concerned
14   that you would look at them like they had two heads, and also,
15   Special Agent Tang is right here.  And so I would just implore
16   you to judge that argument, but also to consider the credibility
17   of every witness, including Special Agent Tang, that sat on that
18   witness chair, looked you in the eye, answered questions from
19   both sides.  You judge their credibility.
20        Now, the defense speaks to you a lot about circumstantial
21   evidence.  We heard about a stool.  A stool that started with
22   three legs.  Ladies and gentlemen, the defense completely
23   misconstrues what circumstantial evidence is.  It's not a stool.
24   It's not a three-legged stool, it's not a four-legged stool,
25   it's not a chair, it's not a table, it's not a desk.  It's like
```

1    a cable.  And it's a cable made up of strands of evidence.  The

2    more strands of evidence the stronger the cable is.

3         This case is made up of hundreds of strands of evidence

4    that tie both of these defendants to justice.  And what that

5    means is, when you have a cable that's strong, that can hold the

6    defendants to justice the way this case does, that if you were

7    to believe that one of the strands were weak, and the Government

8    does not concede that any of the strands in this case are weak,

9    but if there was one strand that you disregarded or wanted to

10   consider the evidence without, that cable is still strong enough

11   to bind these defendants to justice.  That is what

12   circumstantial evidence is.

13        The defense, Mr. Szekely, talked to you about these

14   different standards of proof that have nothing to do with this

15   case.  Ladies and gentlemen, the Government embraces the

16   standard of proof in this case.  It's the same standard of proof

17   that's been in existence in this courthouse for 200 years, and

18   the Government has proven its case beyond all doubt.

19        I think I'm going to use this so that I do not repeat my

20   arguments to you, more than I've already written on here.

21        All right.  So let's talk about the insufficient

22   investigation, the weak investigation, the poor investigation

23   done by the FBI in this case.  Apparently they didn't do enough

24   subpoenas, or the right subpoenas, or the right search warrants.

25   It's a good thing that Dennis Hairston and Donte Stanley aren't

 1  deciding how criminal investigations of their conduct are taking
 2  place, am I right?
 3      What the investigation was in this case is that the
 4  investigators followed the evidence.  Now you heard, whoa, they
 5  should have looked at more subscriber records, should have found
 6  out more about Brian Hicks, looked at the date of birth, looked
 7  at these email accounts.  But you heard that as the
 8  investigators followed the evidence in this case it led them
 9  continuously, over and over again, to the same two people and
10  their conspirators.
11      So to spend time on obvious issues that weren't going
12  anywhere isn't always the best way to spend investigators' time.
13  Especially when, like Special Agent Tang told you, Brian Hicks,
14  with that date of birth, with both of those similar email
15  addresses were bogus; it was circular.  The same phone numbers
16  were being used with the same email addresses.  The accounts
17  were being opened literally the day before, or two days before
18  these accounts were being opened.  And they were tied to Target
19  Telephone 7 and Target Telephone 12 purchased by the defendant.
20  So this Brian Hicks and BHicks444 is a complete red herring.
21  The better way is to follow the evidence and to investigate who
22  used the phones, who purchased the phones, where was the phone
23  at key moments in time, where did it spend most of its time.
24      One of the defense attorneys told you about unsub.  And you
25  heard testimony that the unsub phone number on the chart,

 1   Government's Exhibit 37.5, was a texting application.  And that
 2   a subpoena was issued for the texting application but there's no
 3   way to get cell tower location.  So this is just a distraction;
 4   trying to find things that they would like to say the
 5   investigation did different.  I mean, seriously, did you need
 6   more CAST mapping in this case?  Special Agent Michael Fowler is
 7   a wonderful witness, but did you need to hear another day of
 8   CAST maps of more phones, of more burner phones, of more
 9   personal phones?  Or did Special Agent Fowler testify to you
10   that yes, I get my information from the agent.  I understand the
11   case and he gives me guidance.  But then I look at the
12   information and I look to see if anything else seems relevant
13   based on what I find.
14         And what you heard was that as they followed the evidence;
15   the Target Telephones pointed to Donte Stanley, Franklin Smith,
16   Davonne Dorsey, Dennis Hairston, and their children's mothers,
17   their residences, but also to their personal phones.  These
18   burner phones were traveling with their personal phones at
19   times.  They were making phone calls similar in pattern with the
20   other defendants' personal phones.
21         Now on this issue that not enough investigation was done,
22   not the right witnesses were called, not the right scientific
23   testing was done.  And you're going to get some instructions
24   from Judge Hurson and you're going to learn that -- using your
25   common sense, that every single witness that knows something

1    about a case need not be called.  And that every conceivable

2    scientific test, that every conceivable search warrant and

3    avenue does not need to be obtained.

4         And this is where you use your common sense.  You'll find

5    that as the investigators followed the evidence it continued to

6    lead them, every single piece of evidence, in the same

7    direction, and that the evidence that they found is

8    overwhelming.

9         Let's talk about forensics.  All the different things that

10   weren't printed, but we really heard almost nothing about the

11   evidence, the DNA that was found.  That the defendant's DNA --

12   I'm sorry, Mr. Hairston's DNA was in that Ford Fusion.  Sure, he

13   admits that he's in the Ford Fusion now that his DNA is in

14   there, right.  Like you heard his testimony, he's going to find

15   a way to explain every single piece of evidence.  Well, he

16   couldn't say that that wasn't his DNA on the water bottle.

17        Donte Stanley's DNA is all over the place.  It's all over

18   his gun.  There's no evidence that that gun was rolling around

19   on the ground at somebody else's house.  Just like there's no

20   evidence that those vests were laying on the ground where maybe

21   Mr. Stanley had just rolled all over the ground getting his DNA

22   at Davonne Dorsey's.  I mean, these are just distractions.  The

23   DNA was inside the vest.  The DNA was on top of the shields.

24   His DNA was all over the gun.  Even if you found that secondary

25   transfer was possible, there's no doubt how the defendants' DNA

 1   got on those vests.  Three abductions, three vests, and in the

 2   wearing area of all three vests, Donte Stanley's DNA.

 3          Now, I will rephrase what they -- what the defense has

 4   basically referred to as the rush to judgment.  And I think it's

 5   worth examining that because that is the focus of their

 6   investigation.  The Government, the FBI, the U.S. Attorney's

 7   Office, they just ignored everything else because they focused

 8   in on one person, or two people, to the exclusion of all else.

 9   I think it's interesting that they can argue, both rush to

10   judgment, Mr. Szekely was asking questions of Agent Tang about

11   why didn't you make an arrest on June 10th when the Ford Fusion

12   drove away.

13          Obviously, an arrest at that point would have been a

14   disaster.  A careful investigation is what was needed.  Because

15   if they made an arrest on June 10th, not only was there no case,

16   but then the defendants -- Mr. Hairston and Mr. Stanley are

17   careful; they go underground, they don't get arrested because

18   there isn't evidence at that time.  The cell phone records

19   aren't obtained, the bag isn't in the car, and then even more

20   abductions happen.

21          So what did they do?  Look at how the investigators got to

22   Dennis Hairston and Donte Stanley and everybody else who are

23   suspects in the case.

24          Abduction number one.  Very little information, not sure

25   who did it.  Really, really violent crime.

1      Abduction number two.  Clearly the same pattern, Jermain
2  Head is burned, another really violent crime.
3      And Target Telephone 2 led to search warrants for Target
4  Telephones 2, 3, and 4.  Got it.  These are the phones used in
5  the abduction.
6      Looks like Franklin Smith's involved. There's some
7  information sending those phones to his house.  There's a Ford
8  Fusion connected to him.  And then on June 10th, surveillance.
9  Dennis Hairston is accessing the Ford Fusion at Goodnow.  Now,
10  the FBI didn't know who Dennis Hairston was.  They didn't make
11  an identification of him based on that.  But we later learn he's
12  living at Goodnow and sleeping with Shane Bazemore.
13      Then abduction number three happens.  Then they get Target
14  Telephone 7 and 12.  They go back to the Walmart and they get
15  video; Target Telephone 7 and 12, two people buying phones.
16  Again, no idea who these individuals are.  We have to figure
17  that out.
18      They also see those two people get into a car.  It's his
19  wife's car, right.  That tag comes back to her house.  They
20  still don't know who Dennis Hairston is.  They haven't made that
21  connection yet; they're still scrambling to figure this out.
22      August the 26th, 2021, attempted burglary of U.S. Fuel.
23  Dennis Hairston is in possession of Target Telephone 4 and 10
24  and probably 3.  And if he's not physically in possession of it,
25  what you know through your common sense is that he is in

 1    constructive possession of that phone.  That he has used that

 2    phone in the past and that it's all part of this conspiracy.

 3         So now they know the name Dennis Hairston for the first

 4    time and they figure out, they look at the video, it's the same

 5    guy that's on the Walmart purchasing those phones on August 1st,

 6    the day before April Keel is abducted.  Then they go back and

 7    look at the video from the June 10th surveillance.  It's the

 8    same guy driving the Fusion at Goodnow.

 9         Then they start listening to jail calls and they identify

10    Donte Stanley, because he's using Target Telephone 13, his

11    personal phone, to talk to Dennis Hairston.  And then they

12    identify Davonne Dorsey on the jail call because he's using his

13    personal phone to talk to Dennis Hairston.

14         And I spoke to you in opening about there's a fundamental

15    misunderstanding about how these defendants viewed law

16    enforcements and phone companies records to trace phone numbers

17    and make connections, and this is a perfect example.

18         So now those phone numbers can be obtained by search

19    warrant.  Special Agent Tang told you the next thing he did,

20    he's got personal phones, he's got suspects identified, and he

21    gets cell tower warrants for the historical location information

22    of Franklin Smith, Davonne Dorsey, Donte Stanley, Dennis

23    Hairston.  And so what does that do?

24         That CAST data, and Michael Fowler was an excellent

25    witness, and he was credible and he did testify that those

```
 1   burner phones -- remember, they didn't know who Dennis Hairston
 2   was before August 26.  They figure out who he is.  And the
 3   burner phones go where?  How is this connected to Donte Stanley?
 4   How is this connected to Dennis Hairston?  How is this connected
 5   to Franklin Smith?  How is this connected to Davonne Dorsey?
 6   They had no idea.  This is not a question of a rush to judgment.
 7   They literally were following the evidence, and these two guys
 8   fell in their lap.  That's what happened.  Not because the
 9   arrest on August 26, because all of this evidence was leading
10   there.  Careful.  Plotting.  It's old-fashioned, but it's also
11   new fashion police investigation, and that's what led to these
12   defendants.  And all that is before the search warrants were
13   executed incriminating Donte Stanley beyond all doubt in these
14   crimes, right.  All of that is before the jail calls were
15   learned.  And remember, the date of the jail call is not when
16   it's learned.  There's no testimony that somebody is monitoring
17   every single jail call when it comes in.  There would have been
18   no reason to monitor Dennis Hairston's jail calls when he was
19   first arrested because they didn't know who he was.  And then
20   they started listening to the jail calls after the search
21   warrant and what does it tell them?  Tells them there was a bag
22   and they were really concerned with that bag.  They wanted to
23   move the bag.  Why did they want to move the bag?  Because Donte
24   Stanley wasn't making that bag produce money.
25       Now, ladies and gentlemen, a bag of, I don't know if you
```

 1  say weed or cocaine, that is not -- wrong one.  Still wrong one.
 2  There it is.  That's not a gold mine, right.  You need a bag of
 3  money you can -- a bag of drugs you can turn that into money.
 4  But if you have Dennis Hairston's kidnapping kit you can do it
 5  over and over and over again.  You can, in his words, produce.
 6  And you can -- in Donte Stanley's words, I'm going to make it
 7  happen.  But he didn't because he's lazy.  Same reason why he
 8  didn't wipe off his DNA.  He didn't follow instructions from the
 9  boss.  And so the boss said we're going to move that bag to
10  Davone Dorsey.
11      Ladies and gentlemen, remember, I'm trying to explain the
12  timing of this.  We didn't know any of this.  They didn't know
13  any of this.  Then they searched the house on January 6.  After
14  not knowing that all those phone calls were saying take the bag,
15  move the bag, take the bag.  Sure enough, what's in the bag?
16  Where's the bag?  It's at Davonne Dorsey's house, just like the
17  phone calls confirmed.  It's in the bag.  It's the gold mine.
18  It's what he thinks is a gold mine.
19      Now, you've heard a lot of testimony about -- well, a lot
20  of argument related to well, they don't know everybody who was
21  here on this date, and they don't know where this defendant was
22  on that date, and they don't know who was sitting in the front
23  seat, or who was sitting in the backseat, or who was at his home
24  at the particular time when somebody was abducted.
25      And the first thing I want to point out to you is that the

 1  evidence is pretty clear that these are the two individuals that
 2  were dressed as police, pulled people over, and had the guns,
 3  burned them.  But you don't have to find that because you're
 4  going to be instructed on conspiracy and aiding and abetting.
 5  And so that these two individuals weren't -- that these guys
 6  weren't the ones with the guns that day pulling somebody over,
 7  that it was somebody else, you don't need to find -- you're not
 8  going to be asked beyond a reasonable doubt did Dennis Hairston
 9  burn Ana Tibaquira.  To be clear, there's more than sufficient
10  evidence to do that, but that's not going to be what you're
11  asked.  You're going to be asked did he participate in the
12  crime?  Was he an aider and abettor?  Did he do something to
13  make it happen, knowing it was going to happen?  And was he
14  involved in a conspiracy where he reached an unlawful agreement.
15       And so all this talk about well, maybe he was home at the
16  time, maybe he wasn't present, we don't know.  That's not what
17  you're going to be asked to find.  Again, you can find it, the
18  descriptions are clear.  Donte Stanley's words to Franklin Smith
19  are clear.  Dennis Hairston burned Ana Tibaquira.  Donte Stanley
20  was driving.  And the only reason he knows that Dennis Hairston
21  burn Ana Tibaquira is because he was driving and he was in the
22  car.
23       The discussion of other suspects, this is one of those
24  places where I ask you, and the instructions will tell you to
25  use your common sense, right.  We told you in opening statement,

1    from day one, Franklin Smith, Davon Dorsey, Dennis Hairston,

2    Donte Stanley, and others.  Franklin Smith looked at

3    photographs; that's Boosie and that's Go Hard, from day one.

4    But Davonne Dorsey, Franklin Smith, Ricky Fair, Timothy Wright

5    are not on trial here.  And the fact that the evidence clearly

6    shows that other people, besides these two defendants, committed

7    these crimes does not help the defendants at all.  Because all

8    of the evidence still points unequivocally at them two,

9    constantly; Dennis Hairston and Donte Stanley.  The fact that

10   you can say Dennis Hairston, Donte Stanley, and others is

11   obvious, and in no way lessens their guilty.  Of course they

12   didn't do it alone.

13        Franklin Smith was there when Ana Tibaquira was abducted.

14   And he was involved in Jermaine Head's abduction.  Davonne

15   Dorsey was there when Jemaine Head was abducted and April Keel's

16   abduction.  Ricky Fair and Timothy Wright, they were involved,

17   too, and they will get their day in court, too.

18        Judge Hurson will instruct you you're only asked to decide

19   the guilt of these two defendants.  You're not being asked for

20   -- you're not being asked if anybody else has been proven guilty

21   of a crime. Your verdict should be based on the evidence of

22   these two people only, without regard to whether anybody else

23   has been charged, anybody else is involved, anybody else is

24   guilty.

25        Remember, Franklin Smith said he wasn't aware of Boosie and

1   Go Hard at all in abduction number one of Ana Tibaquira until
2   they showed up in his alley.  So when you heard from one of the
3   defense counsel that there were four people in the car from Ana
4   Tibaquira, that's just not true.  You should rely on your own
5   memory of the evidence, but the evidence in this case is that
6   Ms. Tibaquira testified that two people abducted her.  And it
7   wasn't until later, when she was in the alley or one of the
8   stops, when there was more than one people.

9       And if you look at the records of abduction number one and
10  you'll see Target Telephones 2, 3 and 4, three phones moving
11  consistently with the personal phones of Dennis Hairston and
12  Donte Stanley.  Those three burner phones were just talking to
13  each other.  That's exactly consistent with Franklin Smith
14  saying these two other guys showed up later. Those burner phones
15  went to the residences of Dennis Hairston and Donte Stanley.
16  And the same is true for the third and the second abduction.

17      And then Agent Tang explained to you that Boosie and Go
18  Hard, despite what you heard in argument, were not known to the
19  investigators at all until Franklin Smith came in and said, in
20  March of 2023, that these two guys did.

21      Look, if you want to criticize the investigation because by
22  that time they hadn't learned the identities of two other
23  people, fair.  That's fine.  Didn't know who they were, didn't
24  know a nickname.  But even when they got their nicknames, all
25  they had was a nickname, a random address where they may have

1   spent some time; no date of birth, nothing else and it just led

2   to a dead end.  It doesn't mean they weren't doing their job; it

3   just means it didn't lead anywhere until much later, nearly six

4   to nine months later.  Eventually assigned an agent to do

5   nothing but that.  You heard about Todd Moody.  He got some

6   pictures; he figured out some nicknames.  And only in this past

7   February of 2024 Ricky Fair and Timothy Wright were identified.

8          And remember, this investigation will continue.  The

9   evidence will continue to be found.  But Boosie and Go Hard's

10  DNA, not having been obtained yet, might be on the vest.

11  They're absolutely right, it might be on the vest, that'll make

12  that case that much stronger.  But that doesn't do anything to

13  the fact that Donte Stanley's DNA is all over all of that

14  evidence; the shields, the vest, the gun.  It doesn't do

15  anything to change the fact that Dennis Hairston is the

16  unequivocal leader of this conspiracy.  And that Dennis Hairston

17  controlled the bag, possessed the bag, and moved the bag.

18         Ladies and gentlemen, the argument you heard relating to

19  the cell phone data I think maybe misinterprets the Government's

20  view, or misinterprets the meaning of that cellphone data.  Of

21  course as Special Agent Fowler told you multiple times, no cell

22  phone location data is going to say this phone was at this

23  precise location at one given time.  And it's never been the

24  testimony or the argument that the target telephones were at the

25  ACE Cash Express on May the 4th or May the 5th.  But the point

 1    is, it was in those areas.  It had connection to those areas.

 2         And the point is, is that the phones were by Kirstin

 3    Alston's house and it was the top tower, and that it's

 4    consistent with that.  And if it was just one day it would be

 5    fairly meaningless.  And if it was just one night it would be

 6    fairly meaningless, but it's a pattern of activity.  And you

 7    heard testimony about top towers and multiple days and key

 8    moments in time.  And so those cell phones were talking to each

 9    other, consistent with the personal phones at key moments in

10    time.

11         And why -- you heard information that oh, well, there's a

12    rap studio, there was a shop.  Well, why is Dennis Hairston's

13    phone on I-95 on May 16th, the same place as Jermaine Head when

14    he's supposed to be packing for Disney?  No explanation for

15    that.  Because he wasn't packing for Disney.  He might have been

16    trying to get some money together for Disney but he wasn't

17    packing for Disney.  He had abducted Jermaine Head at 12 and he

18    was on his way south to Edmonson Village to meet up with Donte

19    Stanley who was in the car with him.

20         The Donte Stanley shop, I'm a little surprised that we're

21    still hearing about that.  The night of the abduction, May 5th,

22    2021, Donte Stanley left his phone at Franklin Smith's.  You

23    didn't even hear a response to that because it's so obvious.

24    It's sitting at his house.  It doesn't move one time.  And

25    there's all these incoming calls.  We'll get to this in a

1   minute, but maybe abduction two he realized that wasn't such a

2   good idea so he turned it off.  Because it was obvious it wasn't

3   doing anything active; didn't make any calls, didn't make any

4   texts, right.

5         But the shop, that's about May 4th.  The defense thinks

6   well, May 4th Donte Stanley had a reason to be at that shop.  He

7   did.  He did.  He knows the shop, right.  This is how they pick

8   every location in this case; Edmonson Village, Kevin and

9   Seminole, Braeside Road.  It's all about places that have

10  connections to them.  And so where do they take Ana Tibaquira

11  immediately after abducting her just off of Patterson Avenue on

12  May 5th?  She's bound, she's blindfolded.  And all she can tell

13  you is there were a few stops. The last stop where her phone was

14  still working was literally at the cell tower right at the

15  intersection where his shop is.

16        So the point of the shop is that Donte Stanley had access

17  and knowledge with the place where the victim was taken, and

18  that his phone did move didn't on the night of the abduction.

19  It wasn't at the shop, right.  On May 5th he wasn't at the shop

20  that night.  There's really no other relevance to the shop in

21  this case, just a distraction.

22        Franklin Smith is not the lynchpin of this case.  You can

23  disregard Franklin Smith's testimony, and you've got cell tower

24  data, DNA, jail calls, Shane Bazemore, Angel Gross.  But you

25  shouldn't.  You don't need to because you have your common sense

1  and you can judge his testimony.

2      And the first thing, you're going to get instructions from

3  the judge about how to judge a witness's credibility, and

4  there's a lot of factors in there, including motive to lie,

5  interest in the outcome absolutely, and I want you to consider

6  those.  But the other thing you're going to hear about is

7  demeanor, how they sat on the witness stand.  And you heard,

8  absolutely, Franklin Smith is probably not somebody that you

9  want to go out to dinner with.  I understand that.  But if you

10  want to know what Dennis Hairston and Donte Stanley were doing

11  on May 5th and May 6th, if you want to know what Dennis Hairston

12  and Donte Stanley were doing before May 4th, you know what they

13  were doing on May 15th and May 16th, Franklin Smith is exactly

14  the person you should ask.

15      And so look at his testimony and judge his demeanor.  And

16  look at the Hallmarks of truth in his testimony.  Look at the

17  text message that confirmed everything he said.  Nobody is

18  saying that's Franklin Smith's voice on the jail calls or his

19  text message saying wipe it up with alcohol, clean it with

20  bleach, delete the texts.  He told you how careful the defendant

21  was.  He told you Dennis Hairston used a lot of burner phones.

22  He told you Dennis Hairston didn't like to talk on the phone.

23  You'll see very few calls on Target Telephone 14.  He told you

24  Dennis Hairston liked to have in-person meetings.  All of these

25  things are corroborated.

```
 1          What about the text message where Mr. Hairston says remove
 2   the tags and get to the Vill.  All of that lines up exactly with
 3   what Franklin Smith said.  He is just one strand of the
 4   detailed, overarching evidence in this case, a case that is
 5   overwhelming.
 6          The other thing I want you to take from Franklin Smith's
 7   testimony is that -- trying to think of the right word.  He's a
 8   mope, right.  He's the sucker.  He's the guy that they were --
 9   they met at his house, right.  They used his car.  They blame
10   him.
11          Do you recall Davonne Dorsey's contact for Target Telephone
12   9?  Moe did it.  They're laughing at him.  Absolutely.  Look,
13   Donte Stanley on the phone, jail call that you just heard during
14   closing argument.  What was he worried about on that call,
15   right?  He was locked up for these charges, and what was he
16   worried about?  Franklin Smith.  That's what he was worried
17   about.  Franklin ain't built for this, that's what he said.
18   Franklin ain't built for this.  Hey, he was right.  He was right
19   to be worried, he was right to say Franklin ain't built for
20   this.  Special Agent Tang was right to say Franklin Smith was
21   the guy we should talk to.  Now, it didn't work the first three
22   times, but all in one day.  It didn't work when he didn't have a
23   lawyer.  But they're all right, Franklin Smith was the weak
24   link.  He was the mope; that's how they treated him.  That's why
25   Donte Stanley was really worried about Franklin Smith.
```

 1      Remember, he's saying I had nothing to do with this.

 2   Nothing at all to do with this.  I don't know anything about

 3   this abduction, about any of it.  And why is he worried about

 4   Franklin Smith?  If Franklin Smith is involved in a conspiracy

 5   with Boosie and Go Hard and some people we don't know and never

 6   heard of, and Donte Stanley has nothing to do with any of them,

 7   he's not gonna say I'm worried about Franklin Smith.  That

 8   doesn't make any sense.  Franklin Smith told you his testimony

 9   needed to be the truth.  That the outcome of this case was

10   irrelevant.  He just needed to tell the truth and that's what he

11   did.  Ladies and gentlemen, use your common sense.  And when you

12   do, and you analyze Franklin Smith's testimony you'll be

13   comfortable relying on it but you don't need to.

14      I want to make one other point about Franklin Smith that

15   Ms. Smith tried to address earlier, which is Franklin Smith's

16   testimony about what happened in the car with Ana Tibaquira.

17   The evidence in this case is uncontradicted; that there's no

18   report, there's no press, there's nothing that says that when

19   Ana Tibaquira was in the car with Franklin Smith or with

20   whoever, this new man called his girlfriend, smelled like

21   marijuana.  You all know that's Franklin Smith.  There's no

22   other person in this case that meets that definition; she

23   testified to it, he testified to it.  When they're in that car

24   together there's nothing that Smith could have known that says

25   she begged him not to let them burn her.  And what did she say

1  to you?  I got in the car -- I got to the spot, men got out of
2  the car, another guy got in.  He was either smoking marijuana or
3  smelled like marijuana.  He made a phone call to his girlfriend.
4  He had adjusted my clothes and I begged him not to let them burn
5  me.
6      And what did Franklin Smith say.  I got a call -- of course
7  then we had the text message with Shane, Ms. Bazemore to go out
8  to the alley.  He goes out to the alley.  And that's the only
9  night that there was a car in the alley according to both of
10 them.  And he got in the car alone, just like she said.  He had
11 been smoking marijuana, just like she said.  He adjusted her
12 clothes, just like she said.  And he told you that she begged
13 him, begged him not to let them hurt her.  His testimony has
14 hallmarks of the truth.  He couldn't have known.
15     And again, remember that that man that she described, that
16 Franklin Smith tells you it was me, says it was him, that's a
17 new person.  He wasn't one of the people who abducted her.  He
18 wasn't one of the people who interrogated her.  He wasn't one of
19 the people that beat her, and he wasn't the thick, stocky guy in
20 the back that burned her.  He was a new person, and that's
21 totally consistent with all of the evidence in this case.
22     Time?
23         MR. TODD:  Ten minutes.
24         MR. BUDLOW:  Ten minutes, all right.
25     I'm going to use every minute that I have, but I'm going to

1    move on.

2        You've heard a lot of argument about witness inconsistency.

3    Ladies and gentlemen, every single criminal trial that has ever

4    existed that had fact witness testimony, the witnesses are

5    inconsistent.  And what you know, what your common sense will

6    tell you, if every witness got on the witness stand and they

7    gave the exact same story, Mr. Szekely and Ms. Smith would get

8    up here and say they were coached, they got their stories

9    straight.  Nobody can ever have that much precision in their

10   testimony.  You didn't hear that because these are real

11   witnesses.  These are incidents that occurred a long time ago

12   and so it's very typical to see that, right.

13       And this is what I would say.  That being a witness in a

14   case years ago is somewhat like sitting in trial as a juror for

15   two and a half weeks and listening to 45 or so witnesses.  And

16   so I would challenge you, go into the jury room and start to

17   deliberate and put one of you on a hot seat and tell us what

18   witness so and so said.  And then do it to another person and

19   tell us what that witness said.  And you will see that they will

20   not have a hundred percent the exact recollection.  What you

21   will also notice is that each of you would say the things that

22   were important to you.  That's what you would remember.

23   Everybody's different, and people remember the things that are

24   important to them.  What was important to Franklin Smith was the

25   smell, it was that she begged him.  And what was important to

1    Ana Tibaquira is that she just wanted them to stop hurting her.

2       Now, I called Franklin Smith a mope.  Dennis Hairston is

3    not a mope, right.  He is in charge and he is careful.  This is

4    a man who picked up Angela Benoit in the frozen food section of

5    the Walmart in Rosedale, okay.  So nobody is pushing him around,

6    nobody is telling him what to do.  He purchased the phones.

7    Look at his texts.  He says to Franklin Smith, don't do that no

8    more.  He said to multiple people, throw it away.  And when they

9    -- somebody said to him I'm trying, he said no trying, do.

10   Right?  You saw multiple examples of that.

11      And he's careful.  Never had a personal phone ever.

12   There's not one phone with his name on it.  On his jail calls he

13   says well, well, remember it's a federal phone.  He texts to

14   Shatia Holman; wipe it, clean it, delete it.  Jail letters are

15   in code. Text people to remove tags, just like he did, by the

16   way, to the Ford Fusion outside of Wabash.  Text people to use

17   bleach.  Use burner phones regularly.

18      And now, to be clear, he still did some things that led to

19   him getting caught, but that's pretty typical.  Criminals make

20   mistakes.  And he did some things that maybe defy logic, but you

21   saw him testify, right.  This is not someone who we would assume

22   a lot of rational behavior from in general.  And remember, he

23   felt the burner phones were untraceable.  So there was that

24   fundamental understanding of how phone records are kept.

25      And that ties in to the absurdity of the defense argument

1   that phones are passed around regularly.  First of all, if you

2   look at the cell tower, you look at the call logs, the phones

3   consistently linked to him -- and I'm not going to go through it

4   again, activation, purchase, possession, all of that, right.

5   Phones all go to their residences.

6       But if you think about who Dennis Hairston is, Dennis

7   Hairston is careful.  And's not careful because he's worried

8   about somebody knowing he's doing something that's maybe a

9   little bit immoral or cheating on his wife.  He told you he

10  doesn't care about that.  He doesn't want to get caught by the

11  police, right, so everybody deletes things.  Nothing has his

12  name on it and he knows that, right.  He knows the purpose of

13  the burner phone is to do something bad with it and get rid of

14  it.  It can't be tied to you, right.  So he would have you

15  believe that he took a burner phone from another criminal

16  knowing that it was a burner phone, knowing that it had criminal

17  behavior on it, knowing stuff that would link the phone to some

18  other crime and he just carried it around.  Does that seem like

19  something Dennis Hairston would do?

20      And then think about this:  Would he do it while committing

21  yet another crime at 3:20 in the morning with a sledgehammer?

22  Now, of course, he says that crime was to break into the U.S.

23  Fuel to throw some chips all over the ground, right, but you

24  know what he was doing.  He was breaking into there to steal, to

25  get money.

1    His testimony is not credible on everything, but certainly
2  not on the burner phones.  He would never, ever take somebody
3  else's burner phone.  These burner phones were passed around to
4  Donte Stanley, to Dennis Hairston, Franklin Smith and Davonne
5  Dorsey, right.  That's what's going on here.  These are closely
6  held phones used in this investigation.  He's not carrying
7  around somebody else's phone.  Dennis Hairston is in charge.
8    With respect to Mr. Szekely's argument that somehow the
9  text messages on Target Telephone 4 indicate a new user of the
10 phone, you're going to have to rely on your memory.  The
11 testimony printout for Target Telephone 4, this great TracFone
12 testimony that Mr. Szekely says it's indicative of somebody who
13 just got a new phone.  Except for one thing:  It's an incoming
14 text.  It's not an outgoing text.  It's not somebody taking
15 their phone and saying, oh, I wonder how many minutes I have.
16 It's an automated text from the guy who says to everybody:
17 Destroy, delete, wipe down.  And so, of course, there's no text
18 in the very beginning of August because we know what he did in
19 the very beginning of August because it's on the other phone
20 that says from Target Telephone 10, Dennis Hairston's then
21 phone, take off the tags.  I'll meet you at the Vill. And
22 Mr. Stanley knows where the Vill is because the Vill is Edmonson
23 Village, and that's where they met up for many, many of their
24 criminal activity.
25    I don't think that was the proper grammar.

1      Okay.  I mentioned this earlier.  No single piece of
2  evidence in this case is necessary for conviction, right.  You
3  can disregard Franklin Smith's testimony because you have CAST
4  data, you have DNA, you have other witness testimony.  You can
5  disregard the CAST data, and that was a lot of evidence, a lot
6  of records.  But if you do that you're still left with Franklin
7  Smith's testimony and the DNA evidence.  Ms. Bazemore's
8  testimony.  Not one single piece -- remember, it's a cable, it's
9  strands; tight strands because it's a strong cable because it is
10 an overwhelming case of the defendants' guilt.
11      Dennis Hairston hides the truth, that's just what he does.
12 Day in, day out without even thinking about it.  Except
13 yesterday, he clearly thought about that because there's never a
14 phone in his name.  He changes phones regularly, deletes
15 content, some of these things we talked about.  But also tells
16 others not to talk.  Writes letters under a false name.  Gives a
17 false address to the police.  Gives a false name to the police.
18 Tells people to wash their hands before destroying evidence.
19 That's a new one, that's serious careful; wash your hands and
20 then get rid of the evidence.  Use bleach and alcohol to clean
21 everything.  Throw everything away.  Throw everything away he
22 said.  He told Donte Stanley not to use the phone after the
23 January 6th search warrants.  He gave patently false testimony
24 from that witness stand.  He is someone who constantly hides the
25 truth and he is the unequivocal leader of this conspiracy.

1      I want to leave you with a few of Mr. Stanley's and

2   Mr. Hairston's own words.  Donte Stanley said to Brandon Mason

3   on a recorded call; they still got to prove it, right?  Members

4   of the jury, tell him yes, they still have to prove it and they

5   did prove it.  Find him guilty.  And when you do, you'll be

6   telling him yes, they do have to prove it and yes, they did, and

7   yes, you are guilty.

8      Dennis Hairston -- because remember his wife was nervous

9   when she was contacted by law enforcement.  Who could blame her.

10  She knew who they wanted to talk to and they knew what she

11  wanted to -- they wanted to talk to her about.  And so just like

12  Dennis Hairston told her on that call she wasn't in any trouble.

13  And he told her, it's my freedom, it's Dennis Hairston's freedom

14  that I'm worried about.  And that's why he said to his wife,

15  hide the evidence; throw it away, wash your hands, use wipes.

16  Because he knew the truth, just like always, would incriminate

17  him.  And then he said something interesting to her.  He said

18  they would bully her.  He said they would manipulate her.  And

19  he said they would prey on her fear.  Dennis Hairston's world

20  view is a mirror.  He's the bully.  He knows what motivates

21  people and he preys on that fear.  He is the master manipulator.

22  That's Dennis Hairston.  He also said people in this world ain't

23  nice.  That's his world view because he's looking in the mirror.

24  Dennis Hairston ain't nice.  He liked to play with fire.  He

25  likes to burn people, and he did.

1      Ladies and gentlemen, Dennis Hairston and Donte Stanley

2  have had their day in court.  Give them what they earned.  They

3  earned verdicts of guilty.  You are 13 but soon to be 12

4  reasonable men and women.  The Government's case has literally

5  overwhelming evidence of the defendants' guilt.  The

6  investigators did their job in putting together and gathering

7  that evidence and the Government did its job in presenting it to

8  you.  You are the last link in the chain and so I ask you to

9  come back into this courtroom and say we the jury find the

10 defendants, Donte Stanley, Dennis Hairston, guilty of kidnapping

11 and carjacking and conspiracy, and guilty of all counts of

12 carjacking, kidnapping, robbery, and using firearms in

13 furtherance of those crimes.

14     Thank you.

15     Wait, one more thing, sorry.  I apologize for playing the

16 light bar in your face.  I did not realize it would be that

17 bright, and that is on me and not Special Agent Tang.

18     Now thank you.

19          THE COURT:  Okay.  Can you put the husher on?

20     (Discussion off the record at sidebar.)

21     (Requested portion of transcript complete.)

22

23

24

25

```
1                     CERTIFICATE OF OFFICIAL REPORTER

2          I, Kassandra L. McPherson, Registered Professional
   Reporter, in and for the United States District Court for the
3  District of Maryland, do hereby certify, pursuant to 28 U.S.C. §
   753, that the foregoing is a true and correct transcript of the
4  stenographically-reported proceedings held in the above-entitled
   matter and that the transcript page format is in conformance
5  with the regulations of the Judicial Conference of the United
   States.
6
                          Dated this 19th day of September 2024.
7
                          -S-
8                         _____
                          KASSANDRA L. MCPHERSON, RPR
9                         FEDERAL OFFICIAL COURT REPORTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## 1

**10** [2] - 11:23, 28:20
**100** [1] - 1:18
**1000C** [1] - 1:21
**101** [1] - 1:24
**10th** [4] - 10:11, 10:15, 11:8, 12:7
**12** [5] - 7:19, 11:14, 11:15, 19:17, 31:3
**13** [2] - 12:10, 31:3
**14** [1] - 21:23
**15th** [1] - 21:13
**16th** [2] - 19:13, 21:13
**19th** [1] - 32:6
**1st** [1] - 12:5

## 2

**2** [3] - 11:3, 11:4, 17:10
**200** [1] - 6:17
**2021** [2] - 11:22, 19:22
**2023** [1] - 17:20
**2024** [3] - 1:8, 18:7, 32:6
**21201** [3] - 1:15, 1:19, 1:25
**21202** [1] - 1:21
**233** [1] - 1:21
**26** [2] - 13:2, 13:9
**26th** [1] - 11:22
**28** [1] - 32:3

## 3

**3** [3] - 11:4, 11:24, 17:10
**30** [1] - 1:8
**36** [1] - 1:14
**37.5** [1] - 8:1
**3:20** [1] - 27:21
**3A** [1] - 1:8

## 4

**4** [5] - 11:4, 11:23, 17:10, 28:9, 28:11
**410** [1] - 1:25
**45** [1] - 25:15
**4th** [6] - 1:14, 1:24, 18:25, 20:5, 20:6,

21:12

## 5

**5th** [5] - 18:25, 19:21, 20:12, 20:19, 21:11

## 6

**6** [1] - 14:13
**6th** [2] - 21:11, 29:23

## 7

**7** [3] - 7:19, 11:14, 11:15
**753** [1] - 32:3

## 9

**9** [1] - 22:12
**900** [1] - 1:18
**962-4544** [1] - 1:25

## A

**abducted** [7] - 12:6, 14:24, 16:13, 16:15, 17:6, 19:17, 24:17
**abducting** [1] - 20:11
**abduction** [13] - 10:24, 11:1, 11:5, 11:13, 16:14, 16:16, 17:1, 17:9, 17:16, 19:21, 20:1, 20:18, 23:3
**abductions** [2] - 10:1, 10:20
**abetting** [1] - 15:4
**abettor** [1] - 15:12
**above-entitled** [1] - 32:4
**absolutely** [4] - 18:11, 21:5, 21:8, 22:12
**absurdity** [1] - 26:25
**access** [1] - 20:16
**accessing** [1] - 11:9
**according** [1] - 24:9
**accounts** [3] -

7:7, 7:16, 7:18
**ACE** [1] - 18:25
**acquit** [1] - 3:17
**act** [1] - 2:7
**activation** [1] - 27:4
**active** [1] - 20:3
**activity** [2] - 19:6, 28:24
**acts** [1] - 3:12
**address** [3] - 17:25, 23:15, 29:17
**addresses** [2] - 7:15, 7:16
**adjusted** [2] - 24:4, 24:11
**admits** [1] - 9:13
**afternoon** [1] - 2:12
**Agent** [14] - 2:24, 3:5, 5:6, 5:15, 5:17, 7:13, 8:6, 8:9, 10:10, 12:19, 17:17, 18:21, 22:20, 31:17
**agent** [2] - 8:10, 18:4
**ago** [2] - 25:11, 25:14
**agreement** [1] - 15:14
**aided** [1] - 1:22
**aider** [1] - 15:12
**aiding** [1] - 15:4
**ain't** [5] - 22:17, 22:18, 22:19, 30:22, 30:24
**alcohol** [2] - 21:19, 29:20
**ALLEN** [1] - 1:6
**alley** [5] - 17:2, 17:7, 24:8, 24:9
**almost** [1] - 9:10
**alone** [2] - 16:12, 24:10
**Alston's** [1] - 19:3
**AMERICA** [1] - 1:4
**Ana** [10] - 15:9, 15:19, 15:21, 16:13, 17:1, 17:3, 20:10, 23:16, 23:19, 26:1
**analyze** [1] - 23:12
**and's** [1] - 27:7
**Andrew** [1] - 1:17

**Angel** [1] - 20:24
**Angela** [1] - 26:4
**answer** [5] - 3:25, 4:11, 4:12, 4:21, 4:23
**answered** [1] - 5:18
**answering** [1] - 4:14
**answers** [1] - 4:20
**apologize** [1] - 31:15
**application** [2] - 8:1, 8:2
**April** [2] - 12:6, 16:15
**area** [1] - 10:2
**areas** [2] - 19:1
**argue** [1] - 10:9
**argument** [13] - 2:10, 3:4, 3:7, 5:5, 5:16, 14:20, 17:18, 18:18, 18:24, 22:14, 25:2, 26:25, 28:8
**arguments** [1] - 6:20
**arrest** [4] - 10:11, 10:13, 10:15, 13:9
**arrested** [2] - 10:17, 13:19
**assigned** [1] - 18:4
**assume** [1] - 26:21
**attack** [2] - 3:5
**attempted** [1] - 11:22
**Attorney** [1] - 1:14
**Attorney's** [2] - 2:25, 10:6
**attorneys** [1] - 7:24
**August** [6] - 11:22, 12:5, 13:2, 13:9, 28:18, 28:19
**automated** [1] - 28:16
**avenue** [1] - 9:3
**Avenue** [1] - 20:11
**aware** [1] - 16:25

## B

**backseat** [1] -

14:23
**bad** [1] - 27:13
**bag** [20] - 3:15, 10:19, 13:21, 13:22, 13:23, 13:24, 13:25, 14:2, 14:3, 14:9, 14:14, 14:15, 14:16, 14:17, 18:17
**BAH-22-0140** [1] - 1:5
**Baltimore** [5] - 1:9, 1:15, 1:19, 1:21, 1:25
**bar** [1] - 31:16
**based** [3] - 8:13, 11:11, 16:21
**Bazemore** [4] - 2:24, 11:12, 20:24, 24:7
**Bazemore's** [1] - 29:7
**beat** [1] - 24:19
**BEFORE** [1] - 1:11
**begged** [5] - 23:25, 24:4, 24:12, 24:13, 25:25
**beginning** [2] - 28:18, 28:19
**begins** [1] - 2:1
**Behalf** [2] - 1:12, 1:16
**behavior** [2] - 26:22, 27:17
**Benoit** [1] - 26:4
**best** [1] - 7:12
**better** [1] - 7:21
**beyond** [3] - 6:18, 13:13, 15:8
**BHicks444** [1] - 7:20
**bind** [1] - 6:11
**birth** [3] - 7:6, 7:14, 18:1
**bit** [2] - 2:5, 27:9
**blame** [2] - 22:9, 30:9
**bleach** [3] - 21:20, 26:17, 29:20
**blindfolded** [1] - 20:12
**bogus** [1] - 7:15
**Boosie** [8] - 5:7, 5:8, 5:10, 16:3, 16:25, 17:17, 18:9, 23:5
**boss** [2] - 14:9

**bottle** [1] - 9:16
**bound** [1] - 20:12
**Braeside** [1] - 20:9
**Brandon** [1] - 30:2
**break** [1] - 27:22
**breaking** [1] - 27:24
**BRENDAN** [1] - 1:11
**Brian** [3] - 7:6, 7:13, 7:20
**bright** [1] - 31:17
**BUDLOW** [7] - 2:2, 2:6, 2:9, 2:15, 2:17, 2:20, 24:24
**Budlow** [1] - 1:13
**built** [3] - 22:17, 22:18, 22:19
**bully** [2] - 30:18, 30:20
**burglary** [1] - 11:22
**burn** [5] - 15:9, 15:21, 23:25, 24:4, 30:25
**burned** [4] - 11:2, 15:3, 15:19, 24:20
**burner** [15] - 8:8, 8:18, 13:1, 13:3, 17:12, 17:14, 21:21, 26:17, 26:23, 27:13, 27:15, 27:16, 28:2, 28:3
**buying** [1] - 11:15

## C

**cable** [7] - 6:1, 6:2, 6:5, 6:10, 29:8, 29:9
**car** [14] - 10:19, 11:18, 11:19, 15:22, 17:3, 19:19, 22:9, 23:16, 23:19, 23:23, 24:1, 24:2, 24:9, 24:10
**care** [1] - 27:10
**careful** [9] - 10:14, 10:17, 13:10, 21:20, 26:3, 26:11, 27:7, 29:19
**cares** [1] - 4:4

carjacking [2] - 31:11, 31:12
carried [1] - 27:18
carrying [1] - 28:6
case [34] - 2:22, 3:3, 4:2, 4:12, 4:17, 6:3, 6:6, 6:8, 6:15, 6:16, 6:18, 6:23, 7:3, 7:8, 8:6, 8:11, 9:1, 10:15, 10:23, 17:5, 18:12, 20:8, 20:21, 20:22, 22:4, 23:9, 23:17, 23:22, 24:21, 25:14, 29:2, 29:10, 31:4
CASE [1] - 1:5
Cash [1] - 18:25
CAST [5] - 8:6, 8:8, 12:24, 29:3, 29:5
caught [2] - 26:19, 27:10
cell [9] - 8:3, 10:18, 12:21, 18:19, 18:21, 19:8, 20:14, 20:23, 27:2
cellphone [1] - 18:20
certainly [1] - 28:1
CERTIFICATE [1] - 32:1
certify [1] - 32:3
chain [1] - 31:8
chair [2] - 5:18, 5:25
challenge [1] - 25:16
challenged [1] - 4:11
change [1] - 18:15
changes [1] - 29:14
charge [2] - 26:3, 28:7
charged [2] - 3:20, 16:23
charges [1] - 22:15
Charles [2] - 1:14, 1:18
chart [1] - 7:25
cheating [1] - 27:9

children's [1] - 8:16
chips [1] - 27:23
chronology [1] - 5:8
circular [1] - 7:15
circumstantial [4] - 3:7, 5:20, 5:23, 6:12
clean [3] - 21:19, 26:14, 29:20
clear [5] - 15:1, 15:9, 15:18, 15:19, 26:18
clearly [3] - 11:1, 16:5, 29:13
CLERK [2] - 2:14, 2:16
CLOSE [1] - 1:10
closely [1] - 28:5
closing [3] - 2:10, 5:4, 22:14
clothes [2] - 24:4, 24:12
coached [1] - 25:8
cocaine [1] - 14:1
code [1] - 26:15
coincidences [1] - 3:8
comfortable [1] - 23:13
committed [1] - 16:6
committing [1] - 27:20
common [8] - 3:19, 8:25, 9:4, 11:25, 15:25, 20:25, 23:11, 25:5
companies [1] - 12:16
complete [2] - 7:20, 31:21
completely [1] - 5:22
Computer [1] - 1:22
Computer-aided [1] - 1:22
concede [1] - 6:8
conceivable [2] - 9:1, 9:2
concerned [2] - 5:13, 13:22
conclusion [1] - 4:24
conduct [3] - 4:15, 4:25, 7:1

Conference [1] - 32:5
confirmed [2] - 14:17, 21:17
conformance [1] - 32:4
connected [5] - 11:8, 13:3, 13:4, 13:5
connection [2] - 11:21, 19:1
connections [2] - 12:17, 20:10
consider [4] - 4:18, 5:16, 6:10, 21:5
consistent [4] - 17:13, 19:4, 19:9, 24:21
consistently [2] - 17:11, 27:3
conspiracy [7] - 12:2, 15:4, 15:14, 18:16, 23:4, 29:25, 31:11
conspirators [1] - 7:10
constantly [2] - 16:9, 29:24
constructive [1] - 12:1
contact [1] - 22:11
contacted [1] - 30:9
content [1] - 29:15
continue [2] - 18:8, 18:9
continued [1] - 9:5
continuously [1] - 7:9
controlled [1] - 18:17
conviction [1] - 29:2
cornered [1] - 3:2
correct [1] - 32:3
corroborated [1] - 21:25
counsel [1] - 17:3
counts [1] - 31:11
course [5] - 16:11, 18:21, 24:6, 27:22, 28:17
Court [2] - 1:24, 32:2

COURT [6] - 1:1, 2:4, 2:7, 2:19, 31:19, 32:9
court [2] - 16:17, 31:2
courthouse [1] - 6:17
courtroom [3] - 2:24, 4:25, 31:9
Courtroom [1] - 1:8
covering [1] - 4:19
credibility [3] - 5:16, 5:19, 21:3
credible [5] - 3:23, 3:24, 4:6, 12:25, 28:1
crime [8] - 3:20, 10:25, 11:2, 15:12, 16:21, 27:18, 27:21, 27:22
crimes [3] - 13:14, 16:7, 31:13
criminal [5] - 7:1, 25:3, 27:15, 27:16, 28:24
CRIMINAL [1] - 1:5
criminals [1] - 26:19
criticize [1] - 17:21

## D

dastardly [1] - 3:12
data [7] - 12:24, 18:19, 18:20, 18:22, 20:24, 29:4, 29:5
date [6] - 7:6, 7:14, 13:15, 14:21, 14:22, 18:1
Dated [1] - 32:6
Davon [1] - 16:1
DAVON [1] - 1:6
Davone [1] - 14:10
Davonne [10] - 8:16, 9:22, 12:12, 12:22, 13:5, 14:16, 16:4, 16:14, 22:11, 28:4
days [2] - 7:17,

19:7
dead [1] - 18:2
decide [2] - 3:10, 16:18
deciding [1] - 7:1
defendant [5] - 2:23, 3:2, 7:19, 14:21, 21:20
defendant's [1] - 9:11
Defendants [1] - 1:16
defendants [12] - 2:23, 3:19, 6:4, 6:6, 6:11, 10:16, 12:15, 13:12, 16:6, 16:7, 16:19, 31:10
defendants' [2] - 8:20, 9:25, 29:10, 31:5
Defender [1] - 1:18
defense [10] - 3:4, 3:25, 5:20, 5:22, 6:13, 7:24, 10:3, 17:3, 20:5, 26:25
definition [1] - 23:22
defy [1] - 26:20
delete [3] - 21:20, 26:14, 28:17
deletes [2] - 27:11, 29:14
deliberate [2] - 3:19, 25:17
demeanor [2] - 21:7, 21:15
Dennis [42] - 4:25, 6:25, 8:16, 10:22, 11:10, 11:20, 12:3, 12:11, 12:13, 12:22, 13:1, 13:4, 13:18, 14:4, 15:8, 15:20, 16:1, 16:9, 16:10, 17:11, 17:15, 18:15, 18:16, 19:12, 21:10, 21:11, 21:21, 21:22, 21:24, 27:6, 27:19, 28:4, 28:7, 28:20, 29:11, 30:8, 30:12, 30:13, 30:22, 31:1, 31:10

dennis [6] - 11:9, 11:23, 15:19, 26:2, 30:19, 30:24
DENNIS [1] - 1:6
described [1] - 24:15
descriptions [1] - 15:18
desk [1] - 5:25
despite [1] - 17:18
destroy [2] - 3:14, 28:17
destroying [1] - 29:18
detailed [1] - 22:4
determine [1] - 5:10
different [4] - 6:14, 8:5, 9:9, 25:23
dinner [1] - 21:9
direct [2] - 4:10, 5:5
direction [1] - 9:7
disaster [1] - 10:14
Discussion [1] - 31:20
discussion [1] - 15:23
Disney [4] - 19:14, 19:15, 19:16, 19:17
disregard [4] - 4:16, 20:23, 29:3, 29:5
disregarded [1] - 6:9
distraction [2] - 8:3, 20:21
distractions [1] - 9:22
DISTRICT [2] - 1:1, 1:2
District [2] - 32:2, 32:3
DIVISION [1] - 1:2
DNA [18] - 9:11, 9:12, 9:13, 9:16, 9:17, 9:21, 9:23, 9:24, 9:25, 10:2, 14:8, 18:10, 18:13, 20:24, 29:4, 29:7
done [5] - 6:23, 8:21, 8:23
DONTE [1] - 1:6
Donte [34] - 6:25,

8:15, 9:17, 10:2,
10:22, 12:10,
12:22, 13:3,
13:13, 13:23,
14:6, 15:18,
15:19, 16:2,
16:9, 16:10,
17:12, 17:15,
18:13, 19:18,
19:20, 19:22,
20:6, 20:16,
21:10, 21:12,
22:13, 22:25,
23:6, 28:4,
29:22, 30:2,
31:1, 31:10
**Dorsey** [9] - 8:16,
12:12, 12:22,
13:5, 14:10,
16:1, 16:4,
16:15, 28:5
**Dorsey's** [3] -
9:22, 14:16,
22:11
**doubt** [4] - 6:18,
9:25, 13:13,
15:8
**down** [2] - 3:23,
28:17
**dress** [1] - 3:10
**dressed** [1] - 15:2
**driving** [3] - 12:8,
15:20, 15:21
**drove** [1] - 10:12
**drugs** [1] - 14:3
**during** [1] - 22:13

## E

**earned** [2] - 31:2,
31:3
**easy** [2] - 3:18,
3:21
**Edmonson** [3] -
19:18, 20:8,
28:22
**efforts** [1] - 5:10
**either** [1] - 24:2
**email** [3] - 7:7,
7:14, 7:16
**embraces** [1] -
6:15
**empty** [1] - 3:1
**end** [2] - 5:4, 18:2
**enforcement** [1] -
30:9
**enforcements** [1]
- 12:16
**entire** [1] - 2:25
**entitled** [1] - 32:4

**escapes** [1] - 3:1
**especially** [1] -
7:13
**Esquire** [6] - 1:13,
1:13, 1:17, 1:17,
1:20, 1:20
**essentially** [1] -
3:8
**eventually** [1] -
18:4
**evidence** [48] -
2:22, 3:8, 3:13,
3:15, 4:9, 4:11,
4:17, 5:21, 5:23,
6:1, 6:2, 6:3,
6:10, 6:12, 7:4,
7:8, 7:21, 8:14,
9:5, 9:6, 9:7,
9:11, 9:15, 9:18,
9:20, 10:18,
13:7, 13:9, 15:1,
15:10, 16:5,
16:8, 16:21,
17:5, 18:9,
18:14, 22:4,
23:17, 24:21,
29:2, 29:5, 29:7,
29:18, 29:20,
30:15, 31:5,
31:7
**exact** [2] - 25:7,
25:20
**exactly** [3] -
17:13, 21:13,
22:2
**examination** [1] -
4:10
**examining** [1] -
10:5
**example** [3] - 3:4,
3:6, 12:17
**examples** [1] -
26:10
**excellent** [1] -
12:24
**except** [2] - 28:13,
29:12
**EXCERPT** [1] -
1:10
**exclusion** [1] -
10:8
**executed** [1] -
13:13
**Exhibit** [1] - 8:1
**existed** [1] - 25:4
**existence** [1] -
6:17
**explain** [2] - 9:15,
14:11
**explained** [1] -

17:17
**explanation** [1] -
19:14
**Express** [1] -
18:25
**eye** [1] - 5:18
**eyewitnesses** [1]
- 3:7

## F

**face** [1] - 31:16
**fact** [5] - 16:5,
16:9, 18:13,
18:15, 25:4
**factors** [1] - 21:4
**fails** [1] - 2:21
**fair** [1] - 17:23
**Fair** [3] - 16:4,
16:16, 18:7
**fairly** [2] - 15:5,
19:6
**false** [4] - 29:16,
29:17, 29:23
**fashion** [1] -
13:11
**fashioned** [1] -
13:10
**father** [2] - 4:4
**FBI** [4] - 2:25,
6:23, 10:6,
11:10
**fear** [2] - 30:19,
30:21
**February** [1] -
18:7
**federal** [1] - 26:13
**Federal** [2] - 1:18,
1:24
**FEDERAL** [1] -
32:9
**fell** [1] - 13:8
**felt** [1] - 26:23
**few** [3] - 20:13,
21:23, 30:1
**figure** [4] - 11:16,
11:21, 12:4,
13:2
**figured** [1] - 18:6
**finally** [1] - 5:11
**fine** [1] - 17:23
**finger** [2] - 2:23,
3:1
**fire** [1] - 30:24
**firearms** [1] -
31:12
**first** [7] - 5:9,
12:3, 13:19,
14:25, 21:2,
22:21, 27:1

**Floor** [2] - 1:14,
1:24
**focus** [1] - 10:5
**focused** [1] - 10:7
**follow** [2] - 7:21,
14:8
**followed** [4] - 7:4,
7:8, 8:14, 9:5
**following** [1] -
13:7
**food** [1] - 26:4
**FOR** [1] - 1:2
**Ford** [6] - 9:12,
9:13, 10:11,
11:7, 11:9,
26:16
**foregoing** [1] -
32:3
**forensics** [1] - 9:9
**format** [1] - 32:4
**four** [2] - 5:24,
17:3
**four-legged** [1] -
5:24
**Fowler** [4] - 8:6,
8:9, 12:24,
18:21
**frank** [3] - 3:23,
3:24, 4:6
**Franklin** [45] -
2:24, 8:15, 11:6,
12:22, 13:5,
15:18, 16:1,
16:2, 16:4,
16:13, 16:25,
17:13, 17:19,
19:22, 20:22,
20:23, 21:8,
21:13, 21:18,
22:3, 22:6,
22:16, 22:17,
22:18, 22:19,
22:20, 22:23,
22:25, 23:4,
23:7, 23:8,
23:12, 23:14,
23:15, 23:19,
23:21, 24:6,
24:16, 25:24,
26:2, 26:7, 28:4,
29:3, 29:6
**freedom** [2] -
30:13
**front** [1] - 14:22
**frozen** [1] - 26:4
**Fuel** [2] - 11:22,
27:23
**fundamental** [2] -
12:14, 26:24
**furtherance** [1] -

31:13
**Fusion** [7] - 9:12,
9:13, 10:11,
11:8, 11:9, 12:8,
26:16

## G

**galore** [1] - 2:19
**Garcon** [1] - 1:17
**Gary** [1] - 1:20
**gathering** [1] -
31:6
**general** [1] -
26:22
**gentlemen** [11] -
2:21, 3:9, 3:17,
5:22, 6:15,
13:25, 14:11,
18:18, 23:11,
25:3, 31:1
**girlfriend** [2] -
23:20, 24:3
**given** [1] - 18:23
**gold** [3] - 14:2,
14:17, 14:18
**gonna** [1] - 23:7
**Goodnow** [3] -
11:9, 11:12,
12:8
**Government** [9] -
3:1, 5:1, 5:2,
5:3, 6:7, 6:15,
6:18, 10:6, 31:7
**Government's** [3]
- 8:1, 18:19,
31:4
**grammar** [1] -
28:25
**grandmother** [1] -
4:3
**great** [1] - 28:11
**Gross** [1] - 20:24
**ground** [4] - 9:19,
9:20, 9:21,
27:23
**guidance** [1] -
8:11
**guilt** [4] - 4:19,
16:19, 29:10,
31:5
**guilty** [9] - 3:20,
16:11, 16:20,
16:24, 30:5,
30:7, 31:3,
31:10, 31:11
**gun** [4] - 9:18,
9:24, 18:14
**guns** [2] - 15:2,
15:6

**guy** [7] - 12:5,
12:8, 22:8,
22:21, 24:2,
24:19, 28:16
**guys** [4] - 13:7,
15:5, 17:14,
17:20

## H

**HAIRSTON** [1] -
1:6
**Hairston** [46] -
3:22, 4:12, 4:18,
6:25, 8:16,
10:16, 10:22,
11:9, 11:10,
11:20, 11:23,
12:3, 12:11,
12:13, 12:23,
13:1, 13:4, 15:8,
15:19, 15:20,
16:1, 16:9,
16:10, 17:11,
17:15, 18:15,
18:16, 21:10,
21:11, 21:21,
21:22, 21:24,
22:1, 26:2, 27:6,
27:7, 27:19,
28:4, 28:7,
29:11, 30:8,
30:12, 30:22,
30:24, 31:1,
31:10
**Hairston's** [9] -
4:25, 9:12,
13:18, 14:4,
19:12, 28:20,
30:2, 30:13,
30:19
**half** [1] - 25:15
**Hallmarks** [1] -
21:16
**hallmarks** [1] -
24:14
**hands** [3] - 29:18,
29:19, 30:15
**happy** [1] - 2:17
**Hard** [7] - 5:7, 5:9,
5:10, 16:3, 17:1,
17:18, 23:5
**Hard's** [1] - 18:9
**Head** [4] - 11:2,
16:15, 19:13,
19:17
**Head's** [1] - 16:14
**heads** [1] - 5:14
**hear** [4] - 8:7,
19:23, 21:6,

25:10
**heard** [20] - 5:1, 5:4, 5:21, 7:4, 7:7, 7:25, 8:14, 9:10, 9:14, 14:19, 17:2, 17:18, 18:5, 18:18, 19:7, 19:11, 21:7, 22:13, 23:6, 25:2
**hearing** [1] - 19:21
**held** [2] - 28:6, 32:4
**help** [1] - 16:7
**hereby** [1] - 32:3
**herring** [1] - 7:20
**Hicks** [3] - 7:6, 7:13, 7:20
**hide** [2] - 3:13, 30:15
**hides** [2] - 29:11, 29:24
**historical** [1] - 12:21
**hold** [1] - 6:5
**Holman** [1] - 26:14
**home** [2] - 14:23, 15:15
**HONORABLE** [1] - 1:11
**hot** [1] - 25:17
**house** [8] - 9:19, 11:7, 11:19, 14:13, 14:16, 19:3, 19:24, 22:9
**hundred** [1] - 25:20
**hundreds** [1] - 6:3
**Hurson** [3] - 4:14, 8:24, 16:18
**HURSON** [1] - 1:11
**hurt** [1] - 24:13
**hurting** [1] - 26:1
**husher** [1] - 31:19

**I**

**I-95** [1] - 19:13
**idea** [3] - 11:16, 13:6, 20:2
**identification** [1] - 11:11
**identified** [3] - 5:11, 12:20, 18:7

**identify** [2] - 12:9, 12:12
**identities** [1] - 17:22
**ignored** [1] - 10:7
**immediately** [1] - 20:11
**immoral** [1] - 27:9
**implication** [1] - 5:5
**implore** [1] - 5:15
**important** [4] - 25:22, 25:24, 25:25
**IN** [1] - 1:1
**in-person** [1] - 21:24
**incidents** [1] - 25:11
**including** [2] - 5:17, 21:4
**incoming** [2] - 19:25, 28:13
**inconsistency** [1] - 25:2
**inconsistent** [1] - 25:5
**incriminate** [2] - 4:24, 30:16
**incriminated** [1] - 4:20
**incriminating** [1] - 13:13
**indicate** [1] - 28:9
**indicative** [1] - 28:12
**individuals** [3] - 11:16, 15:1, 15:5
**information** [7] - 3:11, 8:10, 8:12, 10:24, 11:7, 12:21, 19:11
**inside** [1] - 9:23
**instruct** [1] - 16:18
**instructed** [1] - 15:4
**instructions** [4] - 8:23, 14:8, 15:24, 21:2
**insufficient** [1] - 6:21
**interest** [1] - 21:5
**interesting** [2] - 10:9, 30:17
**interrogated** [1] - 24:18
**intersection** [1] - 20:15

**investigate** [1] - 7:21
**investigation** [14] - 3:5, 5:8, 6:22, 7:3, 8:5, 8:21, 10:6, 10:14, 13:11, 17:21, 18:8, 28:6
**investigations** [1] - 7:1
**investigators** [6] - 7:4, 7:8, 9:5, 10:21, 17:19, 31:6
**investigators'** [1] - 7:12
**involved** [6] - 11:6, 15:14, 16:14, 16:16, 16:23, 23:4
**irrelevant** [1] - 23:10
**issue** [1] - 8:21
**issued** [1] - 8:2
**issues** [1] - 7:11

**J**

**jail** [12] - 12:9, 12:12, 13:14, 13:15, 13:17, 13:18, 13:20, 20:24, 21:18, 22:13, 26:12, 26:14
**January** [2] - 14:13, 29:23
**Jemaine** [1] - 16:15
**Jennifer** [1] - 1:20
**Jermain** [1] - 11:1
**Jermaine** [3] - 16:14, 19:13, 19:17
**job** [3] - 18:2, 31:6, 31:7
**Judge** [4] - 1:11, 4:14, 8:24, 16:18
**judge** [6] - 5:16, 5:19, 21:1, 21:3, 21:15
**judgment** [3] - 10:4, 10:10, 13:6
**Judicial** [1] - 32:5
**June** [4] - 10:11, 10:15, 11:8, 12:7
**juror** [1] - 25:14

**JURY** [1] - 1:10
**jury** [3] - 25:16, 30:4, 31:9
**justice** [3] - 6:4, 6:6, 6:11

**K**

**Kassandra** [2] - 1:23, 32:2
**KASSANDRA** [1] - 32:8
**Keel** [1] - 12:6
**Keel's** [1] - 16:15
**kept** [1] - 26:24
**Kevin** [1] - 20:8
**key** [3] - 7:23, 19:7, 19:9
**kidnapping** [3] - 14:4, 31:10, 31:12
**Kirstin** [1] - 19:2
**kit** [1] - 14:4
**knowing** [6] - 14:14, 15:13, 27:8, 27:16, 27:17
**knowledge** [1] - 20:17
**known** [3] - 17:18, 23:24, 24:14
**knows** [7] - 8:25, 15:20, 20:7, 27:12, 28:22, 30:20

**L**

**ladies** [11] - 2:21, 3:9, 3:17, 5:22, 6:15, 13:25, 14:11, 18:18, 23:11, 25:3, 31:1
**lap** [1] - 13:8
**last** [2] - 20:13, 31:8
**laughing** [1] - 22:12
**law** [2] - 12:15, 30:9
**lawyer** [1] - 22:23
**laying** [1] - 9:20
**lazy** [1] - 14:7
**lead** [2] - 9:6, 18:3
**leader** [2] - 18:16, 29:25
**leading** [1] - 13:9
**learn** [2] - 8:24, 11:11

**learned** [5] - 4:3, 5:8, 13:15, 13:16, 17:22
**leave** [1] - 30:1
**led** [5] - 7:8, 11:3, 13:11, 18:1, 26:18
**left** [2] - 19:22, 29:6
**legged** [2] - 5:24
**legs** [1] - 5:22
**less** [1] - 2:12
**lessens** [1] - 16:11
**letters** [2] - 26:14, 29:16
**lie** [1] - 21:4
**lied** [3] - 5:6, 5:7, 5:9
**light** [1] - 31:16
**lines** [1] - 22:2
**link** [3] - 22:24, 27:17, 31:8
**linked** [1] - 27:3
**listening** [3] - 12:9, 13:20, 25:15
**literally** [4] - 7:17, 13:7, 20:14, 31:4
**living** [1] - 11:12
**location** [5] - 8:3, 12:21, 18:22, 18:23, 20:8
**locked** [1] - 22:15
**logic** [1] - 26:20
**logs** [1] - 27:2
**Lombard** [1] - 1:24
**look** [15] - 5:14, 8:11, 8:12, 10:21, 12:4, 12:7, 17:9, 17:21, 21:15, 21:16, 22:12, 26:7, 27:2
**looked** [5] - 5:18, 7:5, 7:6, 16:2
**looking** [1] - 30:23
**looks** [1] - 11:6
**loud** [1] - 5:13
**lynchpin** [1] - 20:22

**M**

**man** [3] - 23:20, 24:15, 26:4
**manipulate** [1] -

30:18
**manipulator** [1] - 30:21
**mapping** [1] - 8:6
**maps** [1] - 8:8
**March** [1] - 17:20
**marijuana** [4] - 23:21, 24:2, 24:3, 24:11
**MARYLAND** [1] - 1:2
**Maryland** [2] - 1:9, 32:3
**mask** [2] - 3:10, 3:12
**Mason** [1] - 30:2
**master** [1] - 30:21
**matter** [1] - 32:4
**MAY** [1] - 1:8
**McPherson** [2] - 1:23, 32:2
**MCPHERSON** [1] - 32:8
**MD** [4] - 1:15, 1:19, 1:21, 1:25
**mean** [3] - 8:5, 9:22, 18:2
**meaning** [1] - 18:20
**meaningless** [2] - 19:5, 19:6
**means** [2] - 6:5, 18:3
**meet** [2] - 19:18, 28:21
**meetings** [1] - 21:24
**meets** [1] - 23:22
**members** [1] - 30:3
**memory** [2] - 17:5, 28:10
**men** [2] - 24:1, 31:4
**mentioned** [1] - 29:1
**message** [4] - 21:17, 21:19, 22:1, 24:7
**messages** [2] - 5:7, 28:9
**met** [2] - 22:9, 28:23
**mic** [3] - 2:14, 2:16, 2:17
**Michael** [2] - 8:6, 12:24
**mics** [1] - 2:19
**middle** [1] - 3:12
**might** [3] - 18:10,

18:11, 19:15
**mine** [3] - 14:2, 14:17, 14:18
**minute** [5] - 2:2, 2:9, 3:6, 20:1, 24:25
**minutes** [3] - 24:23, 24:24, 28:15
**mirror** [2] - 30:20, 30:23
**misconstrues** [1] - 5:23
**misinterprets** [2] - 18:19, 18:20
**mistakes** [1] - 26:20
**misunderstanding** [1] - 12:15
**moe** [1] - 22:12
**moments** [3] - 7:23, 19:8, 19:9
**money** [5] - 13:24, 14:3, 19:16, 27:25
**monitor** [1] - 13:18
**monitoring** [1] - 13:16
**months** [1] - 18:4
**Moody** [1] - 18:5
**mope** [4] - 22:8, 22:24, 26:2, 26:3
**morning** [1] - 27:21
**most** [1] - 7:23
**mothers** [1] - 8:16
**motivates** [1] - 30:20
**motive** [1] - 21:4
**move** [8] - 3:15, 13:23, 14:9, 14:15, 19:24, 20:18, 25:1
**moved** [1] - 18:17
**moving** [1] - 17:10
**multiple** [4] - 18:21, 19:7, 26:8, 26:10
**must** [1] - 3:17

## N

**name** [7] - 5:8, 12:3, 26:12, 27:12, 29:14, 29:16, 29:17
**narrative** [1] - 4:1

**nearly** [1] - 18:3
**necessary** [1] - 29:2
**need** [10] - 2:2, 4:16, 8:5, 8:7, 9:1, 9:3, 14:2, 15:7, 20:25, 23:13
**needed** [3] - 10:14, 23:9, 23:10
**nervous** [1] - 30:8
**never** [6] - 2:21, 18:23, 23:5, 26:11, 28:2, 29:13
**new** [7] - 13:11, 23:20, 24:17, 24:20, 28:9, 28:13, 29:19
**next** [1] - 12:19
**nice** [2] - 30:23, 30:24
**nickname** [2] - 17:24, 17:25
**nicknames** [2] - 17:24, 18:6
**night** [6] - 3:12, 19:5, 19:21, 20:18, 20:20, 24:9
**nine** [1] - 18:4
**NO** [1] - 1:5
**nobody** [6] - 3:1, 3:16, 21:17, 25:9, 26:5, 26:6
**non** [1] - 4:22
**non-responsive** [1] - 4:22
**none** [1] - 4:5
**NORTHERN** [1] - 1:2
**Notes** [1] - 1:22
**nothing** [11] - 4:2, 6:14, 9:10, 18:1, 18:5, 23:1, 23:2, 23:6, 23:18, 23:24, 27:11
**notice** [1] - 25:21
**number** [6] - 7:25, 10:24, 11:1, 11:13, 17:1, 17:9
**numbers** [3] - 7:15, 12:16, 12:18

## O

**obtained** [4] - 9:3,

10:19, 12:18, 18:10
**obvious** [5] - 4:24, 7:11, 16:11, 19:23, 20:2
**obviously** [1] - 10:13
**occurred** [1] - 25:11
**OF** [3] - 1:2, 1:4, 32:1
**office** [1] - 2:25
**Office** [3] - 1:14, 1:18, 10:7
**OFFICIAL** [2] - 32:1, 32:9
**Official** [1] - 1:24
**old** [1] - 13:10
**old-fashioned** [1] - 13:10
**one** [32] - 2:18, 6:7, 6:9, 7:24, 10:8, 10:24, 14:1, 15:23, 16:1, 16:3, 17:1, 17:2, 17:7, 17:8, 17:9, 18:23, 19:4, 19:5, 19:24, 22:3, 22:22, 23:14, 24:17, 24:18, 25:17, 26:12, 28:13, 29:8, 29:19, 31:15
**ones** [1] - 15:6
**opened** [2] - 7:17, 7:18
**opening** [4] - 2:7, 2:10, 12:14, 15:25
**organized** [1] - 2:12
**outcome** [2] - 21:5, 23:9
**outgoing** [1] - 28:14
**outside** [1] - 26:16
**overarching** [1] - 22:4
**overwhelming** [5] - 4:17, 9:8, 22:5, 29:10, 31:5
**own** [3] - 4:19, 17:4, 30:2

## P

**packing** [3] - 19:14, 19:15, 19:17
**page** [1] - 32:4
**papers** [1] - 2:12
**part** [1] - 12:2
**participate** [1] - 15:11
**particular** [1] - 14:24
**passed** [2] - 27:1, 28:3
**past** [2] - 12:2, 18:6
**patently** [1] - 29:23
**pattern** [3] - 8:19, 11:1, 19:6
**Patterson** [1] - 20:11
**paul** [1] - 1:13
**people** [25] - 3:13, 3:14, 7:9, 10:8, 11:15, 11:18, 15:2, 16:6, 16:22, 17:3, 17:6, 17:8, 17:23, 23:5, 24:17, 24:18, 24:19, 25:23, 26:8, 26:15, 26:16, 29:18, 30:21, 30:22, 30:25
**percent** [1] - 25:20
**perfect** [1] - 12:17
**person** [7] - 10:8, 21:14, 21:24, 23:22, 24:17, 24:20, 25:18
**personal** [10] - 8:9, 8:17, 8:18, 8:20, 12:11, 12:13, 12:20, 17:11, 19:9, 26:11
**phone** [41] - 7:15, 7:22, 7:25, 8:19, 10:18, 12:1, 12:2, 12:11, 12:13, 12:16, 12:18, 14:14, 14:17, 18:19, 18:22, 19:13, 19:22, 20:13, 20:18, 21:22, 22:13, 24:3,

26:11, 26:12, 26:13, 26:24, 27:13, 27:15, 27:16, 27:17, 28:3, 28:7, 28:10, 28:13, 28:15, 28:19, 28:21, 29:14, 29:22
**phones** [34] - 7:22, 8:8, 8:9, 8:17, 8:18, 8:20, 11:4, 11:7, 11:15, 12:5, 12:20, 13:1, 13:3, 17:10, 17:11, 17:12, 17:14, 19:2, 19:8, 19:9, 21:21, 26:6, 26:17, 26:23, 27:1, 27:2, 27:5, 28:2, 28:3, 28:6, 29:14
**photographs** [1] - 16:3
**physically** [1] - 11:24
**pick** [1] - 20:7
**picked** [1] - 26:4
**pictures** [1] - 18:6
**piece** [4] - 9:6, 9:15, 29:1, 29:8
**place** [4] - 7:2, 9:17, 19:13, 20:17
**places** [2] - 15:24, 20:9
**plan** [3] - 3:10, 3:16, 4:22
**play** [1] - 30:24
**playing** [1] - 31:15
**plotting** [1] - 13:10
**point** [7] - 2:23, 10:13, 14:25, 18:25, 19:2, 20:16, 23:14
**pointed** [1] - 8:15
**pointing** [1] - 3:1
**points** [2] - 2:22, 16:8
**police** [7] - 3:11, 3:14, 13:11, 15:2, 27:11, 29:17
**poor** [1] - 6:22
**portion** [2] - 2:1, 31:21

**possessed** [1] - 18:17
**possession** [4] - 11:23, 11:24, 12:1, 27:4
**possible** [1] - 9:25
**precise** [1] - 18:23
**precision** [1] - 25:9
**present** [1] - 15:16
**presenting** [1] - 31:7
**press** [1] - 23:18
**pretty** [2] - 15:1, 26:19
**prey** [1] - 30:19
**preys** [1] - 30:21
**printed** [1] - 9:10
**printout** [1] - 28:11
**proceedings** [1] - 32:4
**Proctor** [1] - 1:20
**produce** [2] - 13:24, 14:5
**Professional** [1] - 32:2
**proof** [3] - 6:14, 6:16
**proper** [1] - 28:25
**prove** [4] - 30:3, 30:4, 30:5, 30:6
**proven** [2] - 6:18, 16:20
**provided** [1] - 3:23
**Public** [1] - 1:18
**pulled** [1] - 15:2
**pulling** [1] - 15:6
**purchase** [1] - 27:4
**purchased** [3] - 7:19, 7:22, 26:6
**purchasing** [1] - 12:5
**purpose** [1] - 27:12
**pursuant** [1] - 32:3
**pushing** [1] - 26:5
**put** [4] - 2:18, 3:25, 25:17, 31:19
**putting** [1] - 31:6

## Q

**Quantico** [1] - 2:25
**questions** [13] - 3:25, 4:5, 4:9, 4:11, 4:13, 4:14, 4:21, 4:23, 5:2, 5:3, 5:18, 10:10

## R

**random** [1] - 17:25
**rap** [1] - 19:12
**rational** [1] - 26:22
**reached** [1] - 15:14
**real** [1] - 25:10
**realize** [1] - 31:16
**realized** [1] - 20:1
**really** [7] - 9:10, 10:25, 11:2, 13:22, 20:20, 22:25
**reason** [4] - 13:18, 14:7, 15:20, 20:6
**reasonable** [2] - 15:8, 31:4
**REBUTTAL** [1] - 1:10
**recollection** [1] - 25:20
**record** [1] - 31:20
**recorded** [1] - 30:3
**records** [6] - 7:5, 10:18, 12:16, 17:9, 26:24, 29:6
**red** [1] - 7:20
**Redwood** [1] - 1:21
**referred** [1] - 10:4
**refuse** [1] - 2:10
**refused** [2] - 4:12, 4:21
**regard** [1] - 16:22
**Registered** [1] - 32:2
**regularly** [3] - 26:17, 27:1, 29:14
**regulations** [1] - 32:5
**related** [1] - 14:20
**relating** [1] - 18:18

**relevance** [1] - 20:20
**relevant** [1] - 8:12
**rely** [2] - 17:4, 28:10
**relying** [1] - 23:13
**remember** [13] - 13:1, 13:15, 14:11, 16:25, 18:8, 23:1, 24:15, 25:22, 25:23, 26:13, 26:22, 29:8, 30:8
**remove** [2] - 22:1, 26:15
**repeat** [1] - 6:19
**rephrase** [1] - 10:3
**report** [1] - 23:18
**Reported** [1] - 1:23
**reported** [1] - 32:4
**Reporter** [2] - 1:24, 32:2
**REPORTER** [2] - 32:1, 32:9
**Requested** [2] - 2:1, 31:21
**residences** [3] - 8:17, 17:15, 27:5
**respect** [1] - 28:8
**response** [1] - 19:23
**responsive** [2] - 4:5, 4:22
**Ricky** [3] - 16:4, 16:16, 18:7
**rid** [2] - 27:13, 29:20
**ridiculous** [1] - 4:22, 5:12
**Road** [1] - 20:9
**robbery** [1] - 31:12
**rolled** [1] - 9:21
**rolling** [1] - 9:18
**room** [1] - 25:16
**Rosedale** [1] - 26:5
**RPR** [2] - 1:23, 32:8
**rush** [3] - 10:4, 10:9, 13:6

## S

**Sasha** [1] - 1:17

**sat** [2] - 5:17, 21:7
**saw** [3] - 3:17, 26:10, 26:21
**scientific** [2] - 8:22, 9:2
**scrambling** [1] - 11:21
**search** [7] - 6:24, 9:2, 11:3, 12:18, 13:12, 13:20, 29:23
**searched** [1] - 14:13
**seat** [2] - 14:23, 25:17
**second** [1] - 17:16
**secondary** [1] - 9:24
**section** [1] - 26:4
**see** [9] - 3:13, 4:8, 4:10, 8:12, 11:18, 17:10, 21:23, 25:12, 25:19
**seem** [1] - 27:18
**selectively** [1] - 4:13
**self** [1] - 4:23
**self-serving** [1] - 4:23
**Seminole** [1] - 20:9
**sending** [1] - 11:7
**sense** [9] - 3:19, 8:25, 9:4, 11:25, 15:25, 20:25, 23:8, 23:11, 25:5
**September** [1] - 32:6
**serious** [1] - 29:19
**seriously** [1] - 8:5
**serving** [1] - 4:23
**Shane** [4] - 2:24, 11:12, 20:24, 24:7
**Shatia** [1] - 26:14
**shields** [2] - 9:23, 18:14
**shop** [10] - 19:12, 19:20, 20:5, 20:6, 20:7, 20:15, 20:16, 20:19, 20:20
**showed** [2] - 17:2, 17:14
**shows** [1] - 16:6
**sidebar** [1] -

31:20
**sides** [1] - 5:19
**similar** [2] - 7:14, 8:19
**single** [7] - 8:25, 9:6, 9:15, 13:17, 25:3, 29:1, 29:8
**sitting** [4] - 14:22, 14:23, 19:24, 25:14
**six** [1] - 18:3
**sledgehammer** [1] - 27:21
**sleeping** [1] - 11:12
**smell** [1] - 25:25
**smelled** [2] - 23:20, 24:3
**Smith** [37] - 1:20, 2:24, 8:15, 12:22, 13:5, 15:18, 16:1, 16:2, 16:4, 16:13, 16:25, 17:13, 17:19, 20:22, 21:8, 21:13, 22:3, 22:16, 22:20, 22:23, 22:25, 23:4, 23:7, 23:8, 23:14, 23:15, 23:19, 23:21, 23:24, 24:6, 24:16, 25:7, 25:24, 26:2, 26:7, 28:4
**Smith's** [9] - 11:6, 19:22, 20:23, 21:18, 22:6, 23:12, 23:15, 29:3, 29:7
**smoking** [2] - 24:2, 24:11
**someone** [3] - 3:10, 26:21, 29:24
**somewhat** [1] - 25:14
**soon** [1] - 31:3
**sorry** [3] - 2:15, 9:12, 31:15
**south** [1] - 19:18
**speaks** [1] - 5:20
**special** [1] - 8:6
**Special** [10] - 2:24, 5:5, 5:15, 5:17, 7:13, 8:9, 12:19, 18:21, 22:20, 31:17
**Spencer** [1] - 1:13

**spend** [3] - 7:11, 7:12, 7:23
**spent** [1] - 18:1
**spot** [1] - 24:1
**squarely** [1] - 2:22
**stall** [1] - 2:4
**stand** [4] - 4:22, 21:7, 25:6, 29:24
**standard** [2] - 6:16
**standards** [1] - 6:14
**STANLEY** [1] - 1:6
**Stanley** [33] - 4:18, 6:25, 8:15, 9:21, 10:16, 10:22, 12:10, 12:22, 13:3, 13:13, 13:24, 15:19, 16:2, 16:9, 16:10, 17:12, 17:15, 19:19, 19:20, 19:22, 20:6, 20:16, 21:10, 21:12, 22:13, 22:25, 23:6, 28:4, 28:22, 29:22, 30:2, 31:1, 31:10
**Stanley's** [7] - 5:4, 9:17, 10:2, 14:6, 15:18, 18:13, 30:1
**start** [2] - 12:9, 25:16
**started** [2] - 5:21, 13:20
**statement** [1] - 15:25
**STATES** [2] - 1:1, 1:4
**States** [4] - 1:12, 1:14, 32:2, 32:5
**steal** [1] - 27:24
**stenographically** [1] - 32:4
**stenographically-reported** [1] - 32:4
**Stenotype** [1] - 1:22
**still** [11] - 6:10, 11:20, 11:21, 14:1, 16:8, 19:21, 20:14, 26:18, 29:6,

30:3, 30:4
**stocky** [1] - 24:19
**stool** [5] - 5:21, 5:23, 5:24
**stop** [2] - 20:13, 26:1
**stops** [2] - 17:8, 20:13
**stories** [1] - 25:8
**story** [2] - 4:1, 25:7
**straight** [1] - 25:9
**strand** [2] - 6:9, 22:3
**strands** [7] - 6:1, 6:2, 6:3, 6:7, 6:8, 29:9
**Street** [4] - 1:14, 1:18, 1:21, 1:24
**strong** [3] - 6:5, 6:10, 29:9
**stronger** [2] - 6:2, 18:12
**studio** [1] - 19:12
**stuff** [2] - 4:23, 27:17
**subpoena** [1] - 8:2
**subpoenas** [1] - 6:24
**subscriber** [2] - 3:11, 7:5
**sucker** [1] - 22:8
**sufficient** [1] - 15:9
**Suite** [1] - 1:21
**supposed** [1] - 19:14
**surprised** [1] - 19:20
**surveillance** [2] - 11:8, 12:7
**suspects** [3] - 10:23, 12:20, 15:23
**Szekely** [7] - 1:17, 2:9, 3:22, 6:13, 10:10, 25:7, 28:12
**Szekely's** [1] - 28:8

## T

**table** [1] - 5:25
**tag** [1] - 11:19
**tags** [3] - 22:2, 26:15, 28:21
**Tang** [11] - 2:25, 3:6, 5:6, 5:15,

5:17, 7:13, 10:10, 12:19, 17:17, 22:20, 31:17
**Target** [15] - 7:18, 7:19, 8:15, 11:3, 11:13, 11:15, 11:23, 12:10, 17:10, 21:23, 22:11, 28:9, 28:11, 28:20
**target** [1] - 18:24
**Telephone** [12] - 7:19, 11:3, 11:14, 11:15, 11:23, 12:10, 21:23, 22:11, 28:9, 28:11, 28:20
**Telephones** [3] - 8:15, 11:4, 17:10
**telephones** [1] - 18:24
**ten** [2] - 24:23, 24:24
**test** [1] - 9:2
**testified** [3] - 17:6, 23:23
**testify** [4] - 3:14, 8:9, 12:25, 26:21
**testimony** [27] - 3:23, 3:24, 7:25, 9:14, 13:16, 14:19, 18:24, 19:7, 20:23, 21:1, 21:15, 21:16, 22:7, 23:8, 23:12, 23:16, 24:13, 25:4, 25:10, 28:1, 28:11, 28:12, 29:3, 29:4, 29:7, 29:8, 29:23
**testing** [1] - 8:23
**text** [12] - 5:7, 21:17, 21:19, 22:1, 24:7, 26:15, 26:16, 28:9, 28:14, 28:16, 28:17
**texting** [2] - 8:1, 8:2
**texts** [4] - 20:4, 21:20, 26:7, 26:13
**that'll** [1] - 18:11
**THE** [9] - 1:1, 1:2,

1:11, 2:4, 2:7, 2:14, 2:16, 2:19, 31:19
**thick** [1] - 24:19
**thinking** [1] - 29:12
**thinks** [2] - 14:18, 20:5
**third** [1] - 17:16
**three** [9] - 5:22, 5:24, 10:1, 10:2, 11:13, 17:10, 17:12, 22:21
**three-legged** [1] - 5:24
**throw** [5] - 26:8, 27:23, 29:21, 30:15
**THURSDAY** [1] - 1:8
**Tibaquira** [11] - 15:9, 15:19, 15:21, 16:13, 17:1, 17:4, 17:6, 20:10, 23:16, 23:19, 26:1
**tie** [1] - 6:4
**tied** [2] - 7:18, 27:14
**ties** [1] - 26:25
**tight** [1] - 29:9
**timing** [1] - 14:12
**Timothy** [3] - 16:4, 16:16, 18:7
**TODD** [1] - 24:23
**Todd** [2] - 1:13, 18:5
**together** [3] - 19:16, 23:24, 31:6
**took** [1] - 27:15
**top** [3] - 9:23, 19:3, 19:7
**totally** [1] - 24:21
**towards** [1] - 5:4
**tower** [6] - 8:3, 12:21, 19:3, 20:14, 20:23, 27:2
**towers** [1] - 19:7
**trace** [1] - 12:16
**TracFone** [1] - 28:11
**TracFones** [1] - 3:11
**Transcript** [1] - 1:22
**transcript** [4] - 2:1, 31:21, 32:3,

32:4
**transfer** [1] - 9:25
**traveling** [1] - 8:18
**treated** [1] - 22:24
**TRIAL** [1] - 1:10
**trial** [3] - 16:5, 25:3, 25:14
**tried** [1] - 23:15
**trouble** [1] - 30:12
**true** [3] - 17:4, 17:16, 32:3
**truth** [8] - 4:24, 21:16, 23:9, 23:10, 24:14, 29:11, 29:25, 30:16
**truthful** [1] - 4:20
**trying** [7] - 2:4, 8:4, 14:11, 19:16, 22:7, 26:9
**turn** [1] - 14:3
**turned** [1] - 20:2
**two** [20] - 5:14, 7:9, 7:17, 10:8, 11:1, 11:15, 11:18, 13:7, 15:1, 15:5, 16:6, 16:8, 16:19, 16:22, 17:6, 17:14, 17:20, 17:22, 20:1, 25:15
**typical** [2] - 25:12, 26:19

**U**

**U.S** [4] - 2:25, 10:6, 11:22, 27:22
**U.S.C** [1] - 32:3
**uncontradicted** [1] - 23:17
**under** [1] - 29:16
**underground** [1] - 10:17
**unequivocal** [2] - 18:16, 29:25
**unequivocally** [1] - 16:8
**UNITED** [2] - 1:1, 1:4
**United** [4] - 1:12, 1:14, 32:2, 32:5
**unlawful** [1] - 15:14
**unsub** [2] - 7:24, 7:25

**untraceable** [1] - 26:23
**up** [12] - 4:19, 6:1, 6:3, 17:2, 17:14, 19:18, 21:19, 22:2, 22:15, 25:8, 26:4, 28:23
**upbringing** [1] - 4:3
**user** [1] - 28:9
**usual** [1] - 2:13

**V**

**verdict** [1] - 16:21
**verdicts** [1] - 31:3
**vest** [4] - 9:23, 18:10, 18:11, 18:14
**vests** [4] - 9:20, 10:1, 10:2
**victim** [1] - 20:17
**victims** [1] - 3:12
**video** [3] - 11:15, 12:4, 12:7
**view** [3] - 18:20, 30:20, 30:23
**viewed** [1] - 12:15
**Vill** [4] - 22:2, 28:21, 28:22
**Village** [3] - 19:18, 20:8, 28:23
**violent** [2] - 10:25, 11:2
**voice** [1] - 21:18
**vs** [1] - 1:5

**W**

**Wabash** [1] - 26:16
**wait** [1] - 31:15
**walk** [1] - 2:6
**Walmart** [3] - 11:14, 12:5, 26:5
**wants** [1] - 4:5
**warrant** [3] - 9:2, 12:19, 13:21
**warrants** [5] - 6:24, 11:3, 12:21, 13:12, 29:23
**wash** [3] - 29:18, 29:19, 30:15
**water** [1] - 9:16
**weak** [4] - 6:7, 6:8, 6:22, 22:23

**wear** [1] - 3:10
**wearing** [1] - 10:2
**weed** [1] - 14:1
**weeks** [1] - 25:15
**whoa** [1] - 7:4
**wife** [3] - 27:9, 30:8, 30:14
**wife's** [1] - 11:19
**wipe** [4] - 14:8, 21:19, 26:14, 28:17
**wipes** [1] - 30:15
**witness** [15] - 5:17, 5:18, 8:7, 8:25, 12:25, 21:7, 25:2, 25:4, 25:6, 25:13, 25:18, 25:19, 29:4, 29:24
**witness's** [1] - 21:3
**witnesses** [6] - 5:2, 5:4, 8:22, 25:4, 25:11, 25:15
**women** [1] - 31:4
**wonder** [1] - 28:15
**wonderful** [1] - 8:7
**word** [1] - 22:7
**words** [4] - 14:5, 14:6, 15:18, 30:2
**world** [3] - 30:19, 30:22, 30:23
**worried** [9] - 22:14, 22:16, 22:19, 22:25, 23:3, 23:7, 27:7, 30:14
**worth** [1] - 10:5
**Wright** [3] - 16:4, 16:16, 18:7
**writes** [1] - 29:16
**written** [1] - 6:20
**wrote** [1] - 3:23

**Y**

**years** [2] - 6:17, 25:14
**yesterday** [2] - 4:25, 29:13

**§**

**§** [1] - 32:3