**Residente de Maryland**

A quien corresponda:

Yo, ▮▮▮▮▮▮▮▮▮▮, declaro que fui víctima de un asalto violento que ha dejado consecuencias extremas en mi vida física, emocional, personal y económica.

Durante el asalto, sufrí quemaduras graves que me dejaron cicatrices visibles y permanentes en mi cuerpo. Estas lesiones no solo afectaron mi salud física, sino también mi bienestar emocional y autoestima.

Desde el ataque, he vivido con ansiedad, depresión, insomnio y una constante sensación de miedo e inseguridad. Esta situación ha tenido un impacto profundo en mi vida diaria, afectando mis relaciones familiares y sociales.

Lamentablemente, las secuelas emocionales y físicas derivadas del asalto llevaron al deterioro de mi vida personal y matrimonial, resultando finalmente en un divorcio. Las consecuencias psicológicas han sido devastadoras, generando en mí un aislamiento emocional y pérdida de estabilidad.



