To whom it may concern:

I, ███████████████, declare that I was the victim of a violent assault that has left extreme consequences on my physical, emotional, personal, and economic life. During the assault, I suffered severe burns that left visible and permanent scars on my body. These injuries not only affected my physical health but also my emotional well-being and self-esteem. Since the attack, I have lived with anxiety, depression, insomnia, and a constant feeling of fear and insecurity. This situation has had a profound impact on my daily life, affecting my family and social relationships.

Unfortunately, the emotional and physical consequences of the assault led to the deterioration of my personal and marital life, ultimately resulting in a divorce. The psychological consequences have been devastating, causing me emotional isolation and a loss of stability.

███████████████

███████